IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS, :
:
        Plaintiff, :
:
v. : Civil Action No. 04-251 JJF
:
JO ELLEN CHAPEN SHELDON, :
:
        Defendant. :

### O R D E R

WHEREAS, Defendant filed a Motion To Dismiss (D.I. 13) contending that (1) the Court should dismiss the claim against David L. Sheldon and (2) the Court should dismiss the claim against Jo Ellen Chapen Sheldon because Plaintiff's Complaint "provides insufficient information to permit a finding of personal jurisdiction ... as there is no conduct alleged in the Complaint which gives rise to a finding of the conducting of business within the State of Delaware ..." (D.I. 13 at 3);

WHEREAS, Plaintiff has filed an Amended Complaint that does not include a claim against David L. Sheldon (D.I. 15)[1];

WHEREAS, Plaintiff's Amended Complaint claims that personal jurisdiction over Jo Ellen Chapen Sheldon is proper based on this Court's diversity jurisdiction (D.I. 15 at 2);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Dismiss (D.I. 13) as it pertains to Defendant David L. Sheldon

---

[1] Although the Court's docket does not indicate that service of the Amended Complaint has been made, the Court will consider the Amended Complaint filed for purposes of the instant motion.

is **GRANTED** and **DENIED** as to Defendant Jo Ellen Chapen Sheldon.


March 24, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE