UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
|     v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
|     DEFENDANT | : | |

**NOTICE OF SERVICE**

I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this 12th day of May, 2005, a true and correct copy of DEFENDANT'S INTERROGATORIES DIRECTED TO THE PLAINTIFF addressed to the following:

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA 19103

Joseph Michael Jachetti, Esq.
Kenneth R. Schuster & Associates, P.C.
712 West Street
Wilmington, DE 19801-1524

                                        /S/Beth H. Christman
                                        BETH H. CHRISTMAN, ESQ.
                                        I.D. No. 2107
                                        Casarino, Christman & Shalk, P.A.
                                        800 N. King Street, Suite 200

```
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant
```