UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF | : <br> : <br> : <br> : <br> : | <br><br>DISTRICT COURT<br> |
| v. | : <br> : | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF SERVICE**

      I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this 12th day of May, 2005, a true and correct copy of DEFENDANT'S REQUEST FOR PRODUCTION addressed to the following:

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA 19103

Joseph Michael Jachetti, Esq.
Kenneth R. Schuster & Associates, P.C.
712 West Street
Wilmington, DE 19801-1524

                                          /S/Beth H. Christman
                                          BETH H. CHRISTMAN, ESQ.
                                          I.D. No. 2107
                                          Casarino, Christman & Shalk, P.A.
                                          800 N. King Street, Suite 200

```
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant
```