UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF<br><br>v.<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | :<br>:<br>: DISTRICT COURT<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>: TRIAL BY JURY DEMANDED<br>: |

**NOTICE OF DEPOSITION**

TO: Charles S. Cooper, Esq.
    Cooper & Schall, P.A.
    1760 Market Street, Suite 1100
    Philadelphia, PA  19103

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Ashley Adams on Wednesday, July 6, 2005 at 3:30 p.m. in the offices of Casarino, Christman & Shalk, P.A.

                              /S/Beth H. Christman
                              BETH H. CHRISTMAN, ESQ.
                              I.D. No. 2107
                              Casarino, Christman & Shalk, P.A.
                              800 N. King Street, Suite 200
                              P.O. Box 1276
                              Wilmington, DE  19899
                              (302) 594-4500
                              Attorney for Defendant

DATE: May 23, 2005
cc: Hawkins Reporting Service
    Joseph M. Jachetti, Esq.
    Ms. E. Catherine Thomas, receptionist
    Ms. Kristin McGough, claim no. 20-5498-946

## CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have served by U.S. District Court CM/ECF on this 23rd day of May, 2005, true and correct copies of the attached document, addressed to:

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA  19103

Joseph Michael Jachetti, Esq.
Kenneth R. Schuster & Associates, P.C.
712 West Street
Wilmington, DE 19801-1524

/S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant