```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                       :
716 North Barrett Lane             :
Christiana, DE 19702               :    DISTRICT COURT
      PLAINTIFF                    :
                                   :
      v.                           :    No. 04-251 JJF
                                   :
JO ELLEN CHAPEN SHELDON            :
708 Pebble Beach Drive             :
Elkton, MD 21921                   :
                                   :    TRIAL BY JURY DEMANDED
      DEFENDANT                    :
```

**NOTICE OF SERVICE**

I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by U. S. Mail on this 10th day of June, 2005, a true and correct copy of DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES TO THE PLAINTIFF addressed to the following:

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA 19103

Joseph Michael Jachetti, Esq.
Kenneth R. Schuster & Associates, P.C.
712 West Street
Wilmington, DE 19801-1524

                                         /S/Beth H. Christman
                                         BETH H. CHRISTMAN, ESQ.
                                         I.D. No. 2107
                                         Casarino, Christman & Shalk, P.A.
                                         800 N. King Street, Suite 200
                                         P.O. Box 1276
                                         Wilmington, DE 19899
                                         (302) 594-4500
                                         Attorney for Defendant