```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                      :
716 North Barrett Lane            :
Christiana, DE 19702              :    DISTRICT COURT
      PLAINTIFF                   :
                                  :
      v.                          :    No. 04-251 JJF
                                  :
JO ELLEN CHAPEN SHELDON            :
708 Pebble Beach Drive            :
Elkton, MD 21921                  :
                                  :    TRIAL BY JURY DEMANDED
      DEFENDANT                   :
```

## NOTICE OF SERVICE

I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this 16th day of November, 2005, a true and correct copy of DEFENDANT'S SECOND REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF addressed to the following:

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA 19103

Joseph Michael Jachetti, Esq.
Kenneth R. Schuster & Associates, P.C.
712 West Street
Wilmington, DE 19801-1524

                                        /S/Beth H. Christman
                                        BETH H. CHRISTMAN, ESQ.
                                        I.D. No. 2107
                                        Casarino, Christman & Shalk, P.A.
                                        800 N. King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
                                        Attorney for Defendant