12/02/2005 FRI 17:17 FAX 215 563 8705 Cooper and Schall P.C. ☒001/001
12/02/05 17:21 FAX 3023688259    MORRIS JAMES                  ☒002/002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                          :
716 North Barrett Lane                :   DISTRICT COURT
Christiana, DE 19702                  :
    PLAINTIFF                      :
                                      :
v.                                    :   No. 04-251 JJF
                                      :
JO ELLEN CHAPEN SHELDON               :
708 Pebble Beach Drive                :
Elkton, MD 21921                      :   TRIAL BY JURY DEMANDED
                                      :
    DEFENDANT                      :

## SUBSTITUTION OF COUNSEL

Joseph Michael Jachetti, Esq., and Charles Cooper, Esq., hereby withdraw their appearance on behalf of plaintiff Ashley Adams.

Please enter the appearance of Kevin G. Healy, Esq., and Morris, James, Hitchens & Williams, LLP, as attorneys for plaintiff Ashley Adams.

MORRIS, JAMES, HITCHENS                   KENNETH R. SCHUSTER
& WILLIAMS, LLP                           & ASSOCIATES, P.C.

_____                 _____
KEVIN G. HEALY (I.D. 2430)                JOSEPH M. JACHETTI (I.D. 3744)
16 Polly Drummond Hill Road               712 West Street
Newark, DE 19711                          Wilmington, DE 19801
(302) 368-4200                            (302) 984-1000

COOPER & SCHALL

_____
CHARLES COOPER
1760 Market St., Suite 1100
Philadelphia, PA 19103
(215) 561-3313

**CERTIFICATE OF SERVICE**

I, KEVIN G. HEALY, hereby certify that on this 5th day of December, 2005, two true and correct copies of the attached document were served via first class mail to:

Beth H. Christman, Esq.
Casarino, Christman & Shalk
P.O. Box 1276
Wilmington, DE 19899


_____
KEVIN G. HEALY
I.D. No. 2430