UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, <br> 716 N. Barrett Lane <br> Christiana, DE 19702 | ) <br> ) <br> ) <br> ) | DISTRICT COURT |
| Plaintiff, | ) <br> ) | No. 04-251 JJF |
| v. | ) <br> ) | TRIAL BY JURY DEMANDED |
| JO ELLEN CHAPEN SHELDON, <br> 708 Pebble Beach Drive <br> Elkton, MD 21921 | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, Kevin G. Healy and Morris, James, Hitchens & Williams, LLP to request that This Honorable Court permit their withdrawal as counsel for Ashley T. Adams (hereinafter "Plaintiff"), based upon the following:

1. Plaintiff retained the services of Kevin G. Healy, Esq. and Morris, James, Hitchens, & Williams, LLP (hereinafter "Movant") for representation in the above-captioned case.

2. Movant is not able to effectively communicate with Plaintiff, such that Movant is unable to effectively represent Plaintiff in this matter.

3. Movant's withdrawal can be accomplished without material adverse effect on the client's interests.

WHEREFORE, Kevin G. Healy, Esq. and Morris, James, Hitchens & Williams, LLP respectfully request This Honorable Court permit their withdrawal as counsel for Plaintiff, Ashley T. Adams, in all matters related to the above-captioned case.

MORRIS, JAMES, HITCHENS
& WILLIAMS, LLP

/s/ Kevin C. Healy
KEVIN G. HEALY
I.D. No. 2430
16 Polly Drummond Hill Road
Newark, DE 19711
(302) 368-4200
Attorneys for Plaintiff