# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| 716 N. Barrett Lane | ) | |
| Christiana, DE 19702 | ) | DISTRICT COURT |
| | ) | |
| Plaintiff, | ) | No. 04-251  JJF |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| JO ELLEN CHAPEN SHELDON, | ) | |
| 708 Pebble Beach Drive | ) | |
| Elkton, MD 21921 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**

Beth H. Christman, Esq.                Ashley T. Adams
Casarino, Christman & Shalk            716 N. Barrett Lane
P.O. Box 1276                          Christiana, DE 19702
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned shall present the attached Motion

to Withdraw as Counsel at a date and time convenient to the Court.

MORRIS, JAMES, HITCHENS
& WILLIAMS, LLP

KEVIN G. HEALY
I.D. No. 2430
16 Polly Drummond Hill Road
Newark, DE 19711
(302) 368-4200
Attorneys for Plaintiff

Dated: January _10_, 2006