UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS,<br>716 N. Barrett Lane<br>Christiana, DE 19702 | )<br>)<br>)<br>) | DISTRICT COURT |
| Plaintiff, | )<br>) | No. 04-251  JJF |
| v. | )<br>) | TRIAL BY JURY DEMANDED |
| JO ELLEN CHAPEN SHELDON,<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

## ORDER

Movant's Motion to Withdraw as Counsel having been presented,

IT IS SO ORDERED this ____ day of _____, 2006, that Movant's Motion is granted and Kevin G. Healy and Morris, James, Hitchens & Williams LLP are permitted to withdraw as counsel for Ashley T. Adams, in all matters related to the above-captioned case.

_____
, J.