## CERTIFICATE OF SERVICE

I, Kevin G. Healy, hereby certify that on this 11th day of January, 2006, two true and correct copies of the attached document were served on the following individual(s) via first class mail:

Beth H. Christman, Esq.
Casarino, Christman & Shalk
P.O. Box 1276
Wilmington, DE 19899

Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

_____
KEVIN G. HEALY

KGH/110644-0001/1326867/1