```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                    :
716 North Barrett Lane          :
Christiana, DE 19702            :   DISTRICT COURT
      PLAINTIFF                 :
                                :
      v.                        :   No. 04-251 JJF
                                :
JO ELLEN CHAPEN SHELDON         :
708 Pebble Beach Drive          :
Elkton, MD 21921                :
                                :   TRIAL BY JURY DEMANDED
      DEFENDANT                 :
```

**NOTICE OF RECORDS DEPOSITION**

TO:  Kevin Healy
     Morris James Hitchens & Williams, LLP
     16 Polly Drummond Hill Road
     Newark, DE 19711-5703

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below listed individuals at the offices of CASARINO, CHRISTMAN & SHALK, P.A.; 800 N. King Street, Suite 200; Wilmington, Delaware on February 20, 2006 at 9:00 a.m.:

> Eckerd Corporation*
> through its registered agent
> The Corporation Trust Company

          /s/ Beth H. Christman, Esq.
          BETH H. CHRISTMAN, ESQUIRE
          Atty I.D.#:2107
          CASARINO, CHRISTMAN & SHALK, P.A.
          800 N. King Street, Suite 200
          P.O. Box 1276
          Wilmington, DE 19899
          Attorney for Defendant

DATE: January 30, 2006

*__DUCES TECUM__  in accordance with subpoena served on January 26, 2006.

## **CERTIFICATE OF SERVICE**

    I, Beth H. Christman, Esq., hereby certify that I have caused to be e-filed with the United States District Court of Delaware, on this <u>30th</u> day of <u>January</u>, 2006, the Notice of Records Deposition attached via email to:

    Kevin Healy
    Morris James Hitchens & Williams, LLP
    16 Polly Drummond Hill Road
    Newark, DE 19711-5703

                                              /s/ Beth H. Christman, Esq.
                                              BETH H. CHRISTMAN, ESQUIRE
                                              Atty I.D.#:2107
                                              CASARINO, CHRISTMAN & SHALK, P.A.
                                              800 N. King Street, Suite 200
                                              P.O. Box 1276
                                              Wilmington, DE  19899
                                              Attorney for Defendant