```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
```

ASHLEY ADAMS                    :
716 North Barrett Lane          :
Christiana, DE 19702            :   DISTRICT COURT
     PLAINTIFF                  :
                                :
     v.                         :   No. 04-251 JJF
                                :
JO ELLEN CHAPEN SHELDON         :
708 Pebble Beach Drive          :
Elkton, MD 21921                :
                                :   TRIAL BY JURY DEMANDED
     DEFENDANT                  :

## NOTICE OF RECORDS DEPOSITION

TO:   Kevin Healy
      Morris James Hitchens & Williams, LLP
      16 Polly Drummond Hill Road
      Newark, DE 19711-5703

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below listed individuals at the offices of CASARINO, CHRISTMAN & SHALK, P.A.; 800 N. King Street, Suite 200; Wilmington, Delaware on February 20, 2006 at 9:00 a.m.:

> Rite Aid*
> through its registered agent
> The Corporation Trust Company

                                        /s/ Beth H. Christman, Esq.
                                        BETH H. CHRISTMAN, ESQUIRE
                                        Atty I.D.#:2107
                                        CASARINO, CHRISTMAN & SHALK, P.A.
                                        800 N. King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE  19899
                                        Attorney for Defendant

DATE:   January 30, 2006

**\*DUCES TECUM**   in accordance with subpoena served on January 26, 2006.

**CERTIFICATE OF SERVICE**

I, Beth H. Christman, Esq., hereby certify that I have caused to be e-filed with the United States District Court of Delaware, on this <u>30th</u> day of <u>January</u>, 2006, the Notice of Records Deposition attached via email to:

    Kevin Healy
    Morris James Hitchens & Williams, LLP
    16 Polly Drummond Hill Road
    Newark, DE 19711-5703


                                              <u>/s/ Beth H. Christman, Esq.</u>
                                              BETH H. CHRISTMAN, ESQUIRE
                                              Atty I.D.#:2107
                                              CASARINO, CHRISTMAN & SHALK, P.A.
                                              800 N. King Street, Suite 200
                                              P.O. Box 1276
                                              Wilmington, DE  19899
                                              Attorney for Defendant