```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE


ASHLEY ADAMS                       :
716 North Barrett Lane             :
Christiana, DE 19702               :   DISTRICT COURT
     PLAINTIFF                     :
                                   :
     v.                            :   No. 04-251 JJF
                                   :
JO ELLEN CHAPEN SHELDON            :
708 Pebble Beach Drive             :
Elkton, MD 21921                   :
                                   :   TRIAL BY JURY DEMANDED
     DEFENDANT                     :
```

**NOTICE OF MOTION**

TO:   Kevin G. Healy, Esq.
      Morris James Hitchens & Williams
      16 Polly Drummond Hill Road
      Newark, DE 19711

     PLEASE take notice that the undersigned will present the attached Response of Defendant to Kevin Healy's Motion to Withdraw as Counsel at a date and time convenient to the Court.

                                       /S/Beth H. Christman
                                       BETH H. CHRISTMAN, ESQ.
                                       I.D. No. 2107
                                       Casarino, Christman & Shalk, P.A.
                                       800 N. King Street, Suite 200
                                       P.O. Box 1276
                                       Wilmington, DE 19899
                                       (302) 594-4500
                                       Attorney for Defendant

DATE:      February 1, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
|     v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
|     DEFENDANT | : | |

## RESPONSE OF DEFENDANT TO MOTION OF KEVIN HEALY TO WITHDRAW AS COUNSEL

Comes now, Beth H. Christman and Casarino, Christman & Shalk, P.A., to provide this Honorable Court with a response to the motion for withdrawal as counsel for Ashley T. Adams, based upon the following:

    1.  The defendant does not object to the withdrawal of Kevin G. Healy, Esq. as attorney for plaintiff.

    2.  Defendant does request that this motion be heard in front of the Court with plaintiff, Ashley T. Adams, present so that plaintiff can advise the Court as to whether she will be obtaining alternative counsel or representing herself.

    3.  Defendant further respectfully requests that if plaintiff is going to represent herself, dates are set for completion of discovery and trial so that this matter is not delayed further.

       Respectfully submitted,


       /S/Beth H. Christman
       BETH H. CHRISTMAN, ESQ.
       I.D. No. 2107
       Casarino, Christman & Shalk, P.A.
       800 N. King Street, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899
       (302) 594-4500
       Attorney for Defendant

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                    :
716 North Barrett Lane          :
Christiana, DE 19702            :    DISTRICT COURT
     PLAINTIFF                  :
                                :
     v.                         :    No. 04-251 JJF
                                :
JO ELLEN CHAPEN SHELDON         :
708 Pebble Beach Drive          :
Elkton, MD 21921                :
                                :    TRIAL BY JURY DEMANDED
     DEFENDANT                  :
```

**ORDER**

Respondent's Motion in Response to Kevin Healy's Motion to Withdraw as Counsel having been presented,

IT IS SO ORDERED this _____ day of _____ , 2006, that Kevin Healy's Motion to Withdraw as Counsel is granted and that if plaintiff is going to represent herself, dates are set for completion of discovery and trial as follows:

    completion of discovery: _____

    TRIAL: _____

                                        _____, J.

**CERTIFICATE OF SERVICE**

    I, BETH H. CHRISTMAN, hereby certify that I have served by U.S. District Court e-file on this  1st  day of February         , 2006, true and correct copies of the attached document, addressed to:

Kevin G. Healy, Esq.
Morris James Hitchens & Williams
16 Polly Drummond Hill Road
Newark, DE 19711

                                           /S/Beth H. Christman
                                           BETH H. CHRISTMAN, ESQ.
                                           I.D. No. 2107
                                           Casarino, Christman & Shalk, P.A.
                                           800 N. King Street, Suite 200
                                           P.O. Box 1276
                                           Wilmington, DE 19899
                                           (302) 594-4500
                                           Attorney for Defendant