IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-251-JJF |
| JO ELLEN CHAPEN SHELDON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Kevin G. Healy and Morris, James, Hitchens & Williams, LLP filed a Motion To Withdraw As Counsel (D.I. 45) for Plaintiff;

WHEREAS, the deadline to file responses to the Motion was January 26, 2006, and Plaintiff has not filed a response;

WHEREAS, Defendant does not oppose the Motion. (D.I. 61.)

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion To Withdraw As Counsel (D.I. 45) is **GRANTED**.

2. Plaintiff shall, within **sixty (60)** days of the date of this order, retain new counsel or inform the court that she will proceed pro se.

February 2, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE