

**United States District Court**
**for the**
**District of Delaware**

**Ashley T. Adams**
**716 North Barrett Lane**
**Christiana, DE 19702**

     **Plaintiff,**

**V**                      **Case No. 04 251 JJF**

**JoEllen Capen Sheldon**
**708 Pebble Beach Drive**
**Elkton, MD 21921**

     **Defendant.**

## MOTION TO DENY RECORDS DEPOSITION

1.

On January 30, 2006, Defense Counsel, Beth H. Christman, files a notice of records deposition *duces tecum* in accordance with a subpoena served on RiteAid and Eckerd Corporation January 26, 2006 for date of action February 20, 2006 at 9:00AM.

2.

Plaintiff is currently and has been unrepresented by counsel since December 2005, and this in known by defense counsel. Defense counsel files this motion and subpoena knowingly that Plaintiff is not represented.

3.

Plaintiff receives copy of the notice of the records deposition via first class mail from Kevin Healy's Law Office, plaintiff's attorney on record, but not participating in Plaintiff's case. Mr. Healy informed Plaintiff in December 2005, while on the record as Plaintiff's attorney; he would not work on Plaintiff's case while the Motion to withdraw his appearance is waiting a decision by the Court.

4.

Plaintiff does not have access to Plaintiff's records that are still located at Kevin Healy's office, therefore, Plaintiff acting as *pro se*, until Plaintiff can seek other counsel or move forward as *pro se*; a decision that Plaintiff was just informed of by the Court.

5.

Defense Counsel moved this motion knowing that Plaintiff was unrepresented, not giving the Plaintiff the opportunity to either respond or prepare and is suspect as to why defense counsel had over 4 years to obtain records, but seeks records during a time when Plaintiff is unrepresented.

Wherefore, Plaintiff asks the Court to deny records deposition.

Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702

**Certificate of Service**

I,. Ashley T. Adams, certify that I have mailed Motion to Deny Records Deposition, first class mail, on February 13, 2006 to:

The United States District Court
For the District of Delaware
The Honorable Judge Joseph J Farnan, Jr
844 N. King Street
Lock Box 44
Wilmington, DE 19801


Beth H. Christman, Esq.
CASARINO, CHRISTMAN & SHALK, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Ashley T Adams
2/13/2006

**United States District Court**
**for the**
**District of Delaware**

**Ashley T. Adams**
**716 North Barrett Lane**
**Christiana, DE  19702**

      **Plaintiff,**

**V**                            **Case No.  04 251 JJF**

**JoEllen Capen Sheldon**
**708 Pebble Beach Drive**
**Elkton, MD  21921**

      **Defendant.**

## MOTION TO DENY RECORDS DEPOSITION

On, _____, 2006, Motion to Deny Records Deposition is so ORDERED.


_____
**Judge Joseph Farnan, Jr.**