

Ashley T Adams
716 N Barrett Lane
Christiana, DE 19702

The United States District Court
for the District of Delaware
The Honorable Judge Joseph J Farnan, Jr.
844 N King Street
Lock Box 44
Wilmington, DE 19801