IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-251-JJF |
| JO ELLEN CHAPEN SHELDON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff filed a Motion To Deny Records Deposition (D.I. 63), in which she requests the Court to quash two subpoenas duces tecum issued by Defendant to third parties Eckerd Corp. and Rite Aid Corp.;

WHEREAS, the Court concludes that Plaintiff's Motion does not provide sufficient grounds under Federal Rule of Civil Procedure 45(c)(3)(A) to quash those subpoenas;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Deny Records Deposition (D.I. 63) is **DENIED**.

June 5, 2006
DATE

UNITED STATES DISTRICT JUDGE