Ashley T. Adams
716 N Barrett Lane
Christiana, DE 19702

Mailing address:
    PO Box 7652
        Newark, DE 19714

October 03, 2006

The U.S. District Court for the District of Delaware
Clerk of the Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

re:    Adams vs. Sheldon
       No. 04-251 JJF
       Scheduling Order

Please schedule the Scheduling Order for Case No. 04-251.

Thank you,

*Ashley T. Adams* (signature)

Ashley T. Adams

cc:
Beth H. Chrisman
Attorney for Defendant

Adams
PO Box 7652
Newark, DE 19714

WILMINGTON DE 197
03 OCT 2006 PM 1 L

The U.S. District Court for the
District of Delaware
Clerk of the Court
844 North King Street
Rm 4209
Lock Box 18
Wilmington, DE 19801

U.S.M.S.
X-RAY