Ashley T Adams
PO Box 7652
Newark, DE 19714

November 17, 2006

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N King Street
Wilmington, DE 19801

In reference to: JJF 04-251

Greetings:

On October 06, 2006, I submitted a request for a scheduling order for this case. I have not received a scheduling order. Please calendar the scheduling order for this case.

Regards,



FILED
NOV 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Ashley T. Adams
Pro-se, Plaintiff

cc

Casarino, Christman, & Shalk
Beth Christman
800 N King Street
Wilmington, DE 19801

PO Box 7652
Newark, DE 19714



WILMINGTON DE 197
20 NOV 2006 PM 3 L



X-RAY
U.S.M.S.

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N King Street
Wilmington, DE 19801