

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**ASHLEY ADAMS**  :
716 N Barrett Lane  :
Christiana, DE 19702  :   DISTRICT COURT
    PLAINTIFF  :
                    :
v.  :   No. **04-251 JJF**
                    :
**JO ELLEN CHAPEN SHELDON**  :
798 Pebble Beach Drive  :
Elkton, MD 21921  :
    DEFENDANT  :

TO: The United States District Court
      For the District of Delaware
      The Honorable Judge Joseph J Farnan, Jr
      844 N King Street
      Lock Box 44
      Wilmington, DE 19801

**Please schedule** pursuit Rule 16.2, Initial Conference, Rule 16 Conference, 16.2(a) Initial Conference schedule 16.2(b) Scheduling Conference, for matters to be considered:

    (i)    whether the case is complex;
    (ii)   for complex cases, the special issues set forth in D. Del L. R. 16.1(b)(3)
    (iii)  the possibility of settlement
    (iv)  whether the matter could be resolved by voluntary mediation or binding arbitration
    (v)   briefing practices
    (vi)  the schedule applicable to the case, including trial date.

Pursuit 16.2(d) **Certification and Settlement Discussion.** Settlement discussions did take place in September 2006, between Ashley Adams, Beth Christman, Attorney for Defendant, and an insurance adjustor for State Farm Insurance, in a conference room in the District Court. This settlement discussion accounted for no more than 10 minutes of discussion, ceasing abruptly when Counsel for defendant, Beth Christman, State Farm Insurance for JoEllen Sheldon, claimed no knowledge of

medical bills for Ashley Adams to approximate or exceeding $20,000.00, as the result of the serious automobile accident that resulted in among other injuries, fracture(s) to Ashley Adams neck. Beth Christman did admit that she did have in her possession additional boxes of information, which may or may not include medical bills, but none the less, did not prepare to bring these or discuss these medical bills. With this knowledge of the extent of the medical bills, the insurance adjustor, stated, "they may offer $1,000.00, to settle this case". Days later, Beth Christman did contact Ashley Adams to inform that she did account for a sum of approximate $17,000.00 in medical bills for Ashley Adams, but offered no additional settlement discussion. It is clearly evident that the defendant(s) have no interest in settlement in this case, when Ashley Adams was left to decide upon the two options given by Beth Christman, either to drop the action or maybe a settlement dollar amount of $1,000.00. Ashley Adams has been severely and permanently injured at the negligence of JoEllen Sheldon during her negligent operation of a motor vehicle, a fact of evidence undisputed, and State Farm Insurance may or may not offer a settlement offer of $1,000.00 to compensate Ashley Adams for her severe and permanent injuries, a broken neck, which resulted from JoEllen Sheldon negligence. Their attempt at settlement discussion was clearly unconscionable.

Regards.

Ashley Adams
Plaintiff, *pro se*

c.c.

    Beth H Christman
    CASARINO, CHRISTMAN & SHALK, P.A.
    800 N King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899
    Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 N Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
| v | : | No. 04-251 JJF |
| | : | |
| JO ELLEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
|     DEFENDANT | : | |

TO: The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE 19801

**NOTICE OF SERVICE**

I hereby give notice that I caused a copy of Plaintiff's request for Scheduling conference and scheduling order to be served upon the following on the date set forth below, via first class mail, postage prepaid:

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

NOV 27, 2006

P.O. Box 7652
Newark, DE 19714

WILMINGTON DE 197
27 NOV 2006 PM 1 T

The United States District Court
For the District of Delaware
The Honorable Judge Joseph J Farnan, Jr.
844 N King Street
Lock Box 44
Wilmington, DE 19801