Received @
US District
Court
Nov 29, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS
716 N Barrett Lane
Christiana, DE 19702            :    DISTRICT COURT
    PLAINTIFF

v                                       :    No. 04-251 JJF

JO ELLEN SHELDON
708 Pebble Beach Drive
Elkton, MD 21921
    DEFENDANT

TO: The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE 19801

### NOTICE OF SERVICE

I hereby give notice that I caused two (2) true and correct copies of the foregoing **Plaintiff's First Request for Production of Documents** to be served upon the following on the date set forth below, via first class mail, postage prepaid:

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

By: *Ashley Adams*

Ashley Adams
716 N Barrett Lane
Christiana, DE 19702

Plaintiff, pro se

Dated November 27, 2006