

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ASHLEY ADAMS**<br>716 N Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF | :<br>:<br>:<br>: | DISTRICT COURT |
| v. | : | No. **04-251 JJF** |
| **JO ELLEN CHAPEN SHELDON**<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br>    DEFENDANT | :<br>:<br>:<br>: | |

TO: The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE 19801

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on this 27th day of November, 2006, two (2) true and correct copies of the foregoing **PLAINTIFF'S FIRST SET of INTERROGATORIES DIRECTED TO THE DEFENDANT** were served upon the Defendant's Attorney via **prepaid first class certified mailed, signed receipt requested** and addressed as follows:

Beth H Christman
CASARINO. CHRISTMAN & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

By: /s/ Ashley Adams

Ashley T Adams
716 N Barrett Lane
Christiana, DE 19702

*Pro Se Plaintiff*

Dated: November 23, 2006

P.O. Box 7652
Newark, DE 19714

The United States District Court
for the District of Delaware
The Honorable Judge Joseph J Farnan, Jr.
844 N King Street
Lock Box 44
Wilmington, DE 19801

WILMINGTON DE 197
27 NOV 2006 PM 1 L