# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

December 11, 2006

The Honorable Joseph J. Farnan, III
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

RE:   Adams v. Sheldon
      No. 04-251 JJF

Dear Judge Farnan:

    I am writing in response to plaintiff's request for an initial conference pursuant to 16.2(b) and her comments regarding the certification and settlement discussion in September of 2006. I disagree with a number of the statements she has made in this document and will be happy to discuss these further with Your Honor at the scheduling conference. However, Ms. Adams is correct that this will be a very difficult case to settle given the facts surrounding the accident as well as the medical issues involved. I will be happy to cooperate in getting this matter scheduled for trial.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:   Ms. Ashley Adams (U.S. mail)