# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT

| | |
|---|---|
| ☐ REPORTABLE PROPERTY DAMAGE | ☒ NON-REPORTABLE |
| ☐ PERSONAL INJURY | ☐ LATE REPORT |
| ☐ FATALITY | ☐ HAZ/MAT. |
| | ☐ COMM. VEH. |

TROOP/DEPARTMENT: DSP-9

COMPLAINT NO.: 09-02-36937
DSP HQ NO.: 5514

3. MON.-DATE-YEAR: 04/23/02
4. DAY: TU
5. TIME OCCURRED: 0813
8. GRID NO.: 1

10. NUMBER & NAME OF STREET OR HIGHWAY: OLD BALTIMORE PIKE C/R 336 - N/A
11. NON-INTSECT. 150 FEET NE S☒ OF: GOODWIN DR. NO C/R#

**24. NAME NO. 1:** ADAMS, ASHLEY T
25. STREET ADDRESS: 186 INDEPENDENCE DR
26. CITY: ELKTON  27. STATE: MD  28. ZIP: 21921  29. PHONE: 410 392 6421
34. SEX: F
38. VEHICLE YR: 98  39. MAKE: HONDA  40. MODEL: ACCORD
42. REG. NO: GRX 191  43. STATE: MD  44. COLOR: SIL  45. DAMAGE: $30.00
49. INSURANCE: STATE FARM  NUMBER: 20 7218-T12

**24. NAME NO. 2:** SHELDON, JOELLEN C
25. STREET ADDRESS: 708 PEBBLE BEACH DR
26. CITY: ELKTON  27. STATE: MD  28. ZIP: 21921  29. PHONE: 410 392 3216
34. SEX: F
38. VEHICLE YR: 98  39. MAKE: VOLVO  40. MODEL: S70
42. REG. NO: HLR 539  43. STATE: MD  44. COLOR: BLUE  45. DAMAGE: $2000
49. INSURANCE: STATE FARM  NUMBER: 205754 A16 20

EXHIBIT Sheldon #1 7/6/05

**WITNESS INFORMATION:**
55. NO WITNESS

V-1 WAS STOPPED FACING E/B ON OBP FOR TRAFFIC IN FRONT OF HER. V-2 WAS STOPPED APPROX 3' BEHIND V-1. V-2 MOVED FORWARD. V-2'S F. BUMPER STRUCK V-1'S R BUMPER FOR A POI 6" E/O SE9R AND 150' W/O GOODWIN DR. FRP BOTH VEHICLES AT POI.

OP.1 STATED SHE WAS STOPPED FOR TRAFFIC IN FRONT OF HER WHEN SHE WAS STRUCK BY V-2.

56. INVESTIGATING OFFICER: R. LEWIS  RANK: CPL  I.D. NUMBER: 894
57. SUPERVISOR'S APPROVAL DATE: 04/26/02

FORM 438 REV. 1/88   PAGE 1 OF 2

| ☒ 60. CONTINUATION | STATE OF DELAWARE | | 1. | 2. |
|---|---|---|---|---|
| ☐ 80. SUPPLEMENT | UNIFORM TRAFFIC | DSP-9 | 09.02.36437 | 5514 |
| INITIAL REPORT DATE | COLLISION REPORT | TROOP/DEPARTMENT | COMPLAINT NUMBER | DSP HQ. NO. (LEAVE BLANK) |
| OPERATOR #1 | CONTINUATION/SUPPLEMENT | | | |
| OPERATOR #2 | | | | |

| CODE | 55. |
|---|---|
| | OP-2 STATED THAT THE ACCIDENT WAS HER FAULT. OP-2 STATED SHE WAS STOPPED BEHIND V-1 WHEN HER FOOT SLIPPED OFF THE BRAKE AND HER VEHICLE STRUCK V-1 IN THE REAR |

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| R LEWIS | CPL | 894 | 04/26/02 | | PAGE 2 OF 2 |

FORM 439 A REV. 10/87