# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

January 3, 2007

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

**RE:    Adams v. Sheldon**

Dear Ms. Adams:

In accordance with our discussion of today, I am attaching copies of all of the medical records and bills in my file, a copy of the Rule 26(a) disclosures sent to me by your previous attorneys and a copy of the Rule 26(a) disclosures I previously sent to your attorneys early in this case. The medical records I am enclosing are as follow:

- a) Christiana Care Health Services,
- b) Conrad K. King, Jr., M.D.
- c) Bikash Bose, M.D.
- d) Union Hospital of Cecil County
- e) Delaware Open MRI
- f) J. Douglas Patterson, M.D.
- g) Bruce J. Rudin, M.D.
- h) Eric C. Marks, M.D./First State Health & Wellness
- i) Bruce Grossinger, M.D.
- k) Happy Harry's
- l) Dai O. Moon, M.D.
- m) Union Hospital
- n) Madhu Sachdev, M.D.
- o) City Pharmacy of Elkton
- p) Ganesh Balu, M.D.
- q) Dr. Hsu
- r) Dr. Roland Baltazar
- s) Mid Atlantic Spine
- t) Eckerds Pharmacy
- u) Rite Aid
- v) Dr. Andrew Reisman
- w) Dr. Brian Galinet

*Ms. Ashley Adams*
*Page 2*
*re:    Adams v. Sheldon*
*January 3, 2007*


      I am providing these to you subject to my objections to your Requests for Production so you will have all of these records in the event that your previous attorneys did not provide them to you.

                                        Very truly yours,


                                        BETH H. CHRISTMAN

/mbl
enclosures

cc:    The Honorable Joseph J. Farnan, III