

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS					:
716 N Barrett Lane				:
Christiana, DE  19702			:
Mailing address:				:
PO Box 7652					:
Newark, DE  19714				:
								:	DISTRICT COURT
	PLAINTIFF					:
								:
	v							:	No. 04-251 JJF
								:
JO ELLEN SHELDON				:
708 Pebble Beach Drive			:
Elkton, MD  21921				:
								:
	DEFENDANT					:

TO:	The United States District Court
	For the District of Delaware
	The Honorable Judge Joseph J Farnan, Jr
	844 N King Street
	Lock Box 44
	Wilmington, DE  19801

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES
### and
## MOTION FOR SANCTIONS

On November 27, 2006, the first set of Interrogatories where mailed to the Defendant.

On January 4, 2007, Defendant's Attorney, Beth Christman initiated a telephone call to Plaintiff to discuss the answers to these Interrogatories, stating that Beth Christman, would in fact file a motion with the Court, because she was refusing to provide the answers to the Interrogatories.

To this date, January 26, 2007, Plaintiff, is not aware of any filing of any Motion by Defendant.

Plaintiff has given more than ample time for the required Interrogatory responses, now over 60 days from Defendant's receipt.

Plaintiff requests Sanctions against Defendant for failure to file timely responses to the request for Interrogatory answers.

Defendant is purposely avoiding answering the Interrogatories, to delay, cause hardship on pro-se Plaintiff, clearly to take advantage of that position, by refusing to provide the Answers to the Interrogatories, in so much, Defendant never filed such Motion to the Court as stated by Defendant on January 04, 2007.

**Wherefore,** Plaintiff, Ashley Adams, requests the Court to apply such Sanctions to be appropriate for refusing to answer the Interrogatories, and order the Defendant to immediately respond with the Answers to the Interrogatories.

*[Signature: Ashley Adams]*

Ashley Adams, Pro Se Plaintiff
PO Box 7652
Newark, DE  19714

302-393-3525


Dated January 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>    PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>    DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF |

TO: The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE  19801

## NOTICE OF SERVICE

    I hereby give notice that I caused two (2) true and correct copies of the foregoing <u>Motion to Compel Answers to Interrogatories and Motion for Sanctions</u> to be served upon the following on the date set forth below, via first class mail, postage prepaid:

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

                                                     By: /s/ Ashley Adams

                                                            Ashley Adams
                                                            PO Box 7652
                                                            Newark, DE  19714
                                                            Plaintiff, pro se

Dated January 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>    PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:   DISTRICT COURT<br>:<br>:<br>:   No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

Motion to **Compel Answers to Interrogatories** and **Motion for Sanctions** are hereby ordered, this day _____, of _____, 2007.

_____
Judge



Ashley Adams
PO Box 7652
Newark, DE 19714

WILMINGTON DE 197
26 JAN 2007 PM 2 T

The United States District Court
For the District of Delaware
The Honorable Judge Joseph J Farnan Jr
844 N King Street
Lock Box 44
Wilmington, DE 19801