UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS
716 N Barrett Lane
Christiana, DE 19702
Mailing address:
PO Box 7652
Newark, DE 19714

    PLAINTIFF

    v

JO ELLEN SHELDON
708 Pebble Beach Drive
Elkton, MD 21921

    DEFENDANT

DISTRICT COURT

No. 04-251 JJF

TO: The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE 19801

### NOTICE OF SERVICE

    I hereby give notice that I caused notification by letter for

Requests for February 2007 dates for Deposition of Defendant, Jo Ellen

Sheldon to be served upon the following on the date set forth below, via first class

mail, postage prepaid:

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

By: *Ashley Adams*

Ashley Adams
PO Box 7652
Newark, DE 19714
Plaintiff, pro se

Dated January 26, 2007

RECEIVED JAN 29 2007

Ashley Adams
PO Box 7652
Newark, DE 19714

January 26, 2007

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

RE: **DEPOSITION SCHEDULE**

Ms Christman,

    Please provide me with (4) four dates in February 2007, to schedule a deposition with Defendant, Jo Ellen Sheldon.

Regards,

*Ashley Adams*
Ashley Adams

Ashley Adams
PO Box 7652
Newark, DE 19714

WILMINGTON DE 197
26 JAN 2007 PM 2 L

The United States District Court
for the District of Delaware
The Honorable Judge Joseph J Farnan Jr
844 N King Street
Lock Box 44
Wilmington, DE 19801

