UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>PLAINTIFF | : | DISTRICT COURT |
| v. | : | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | : | TRIAL BY JURY DEMANDED |
| DEFENDANT | : | |

**NOTICE OF MOTION**

TO: Ashley Adams
P.O. Box 7652
Newark, DE 19714

PLEASE take notice that the undersigned will present the attached Response of Defendant to Plaintiff's Motion to Compel Answers to Interrogatories and Motion for Sanctions at a time convenient to the Court.

/S/Beth H. Christman

BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

DATE: January 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS :
716 North Barrett Lane :
Christiana, DE 19702 : DISTRICT COURT
PLAINTIFF :
:
v. : No. 04-251 JJF
:
JO ELLEN CHAPEN SHELDON :
708 Pebble Beach Drive :
Elkton, MD 21921 :
: TRIAL BY JURY DEMANDED
DEFENDANT :

**RESPONSE OF DEFENDANT TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND MOTION FOR SANCTIONS**

Comes now, Beth H. Christman and Casarino, Christman & Shalk, P.A., to provide this Honorable Court with a response to the motion for Response of Defendant to Plaintiff's Motion to Compel Answers to Interrogatories and Motion for Sanctions, based upon the following:

1. On January 3, 2007, Defendant filed a Motion for a Protective Order pursuant to Federal Rule 26(c)(1)and(4)as well as Local District Court Civil Rule 26.1(b) to protect Defendant from answering Discovery as propounded by Plaintiff. The basis of the Motion was that the Interrogatories were excessive and did not meet the requirements of the Court's Rules.

2. Defendant sent a copy of the Motion to the Plaintiff on January 3, 2007. On that date, Defendant also sent numerous documents to Plaintiff in separate envelopes to make certain that

Plaintiff had all of the medical records and medical bills in Defendant's attorney's possession. Defendant's counsel personally placed the envelope with the Motion, along with the separate envelopes with the records in the mail on January 3, 2007.

3. Defendant has not received any Order or Ruling from the Court as to this Motion to date.

4. Defendant is not attempting to avoid discovery. She has been deposed in this case and has submitted numerous documents to Plaintiff. However, the discovery requesting financial information regarding the defendant, information about all property she owns, medical information about the defendant and all employment information as to defendant in the past 10 years, among other things, is not discoverable. The discovery also includes numerous improper sub-parts. The Motion for a Protective Order provides Defendant's position in detail.

WHEREFORE, the Defendant respectfully request that this Court deny Motion to Compel Answers to Interrogatories and Motion for Sanction.

                        Respectfully submitted,

                        /S/Beth H. Christman
                        BETH H. CHRISTMAN, ESQ.
                        I.D. No. 2107
                        Casarino, Christman & Shalk, P.A.
                        800 N. King Street, Suite 200
                        P.O. Box 1276
                        Wilmington, DE 19899
                        (302) 594-4500
                        Attorney for Defendant

January 30, 2007


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>PLAINTIFF | : | DISTRICT COURT |
| v. | : | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | : | TRIAL BY JURY DEMANDED |
| DEFENDANT | : | |

**ORDER**

Respondent's Motion to Compel Answers to Interrogatories and Motion for Sanctions having been presented, IT IS SO ORDERED this _____ day of __________________ , 2007, that Plaintiff's Motion is DENIED.

____________________________________
J.

**CERTIFICATE OF SERVICE**

I, BETH H. CHRISTMAN, hereby certify that I have served the original by U.S. District Court e-file on this 30th day of January _, 2007, and by Certified Mail, Return Receipt Requested, true and correct copies of the attached document, addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE 19714

/S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant