**Motions**
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al
PaperDocuments



**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 1/30/2007 at 9:56 AM EST and filed on 1/29/2007
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:** Ashley Adams
**Document Number:** 74

**Docket Text:**
MOTION to Compel Answers to Interrogatories and MOTION for Sanctions - filed by Ashley Adams. (lec)


**1:04-cv-251 Notice has been electronically mailed to:**
Beth H. Christman bchristman@casarino.com, dlepre@casarino.com, mlemon@casarino.com

**1:04-cv-251 Notice has been delivered by other means to:**

Ashley Adams
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/30/2007] [FileNumber=335348-0]
[700e7b1d94e6c8bef02d05bf3f97aed9936fca7ad27b50990302038b7eba395edbbf
d40ad0fb7af57e7523911a064eefa43ed79072a06f3229ece838bf3a2ff9]]

## Discovery Documents

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

PaperDocuments

**U.S. District Court**

**District of Delaware**



## Notice of Electronic Filing

The following transaction was entered on 1/30/2007 at 10:05 AM EST and filed on 1/29/2007
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:** Ashley Adams
**Document Number:** 75

**Docket Text:**
NOTICE OF SERVICE of Requests for February 2007 dates for Deposition of Defendant, Jo Ellen Sheldon by Ashley Adams.(lec)


**1:04-cv-251 Notice has been electronically mailed to:**
Beth H. Christman bchristman@casarino.com, dlepre@casarino.com, mlemon@casarino.com

**1:04-cv-251 Notice has been delivered by other means to:**

Ashley Adams
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/30/2007] [FileNumber=335361-0]
[c32f6f4fd22c69a743bfcae2c239051bff2b78294155fe255be1c9bc8d49f92a0927
6e88dc576b748ee00e89b3950fad049508e562f84c8716a5b10b1c3ecac6]]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
FEB -5 2007

04cv251

Scanned

Ashley Adams

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER




RTS
RETURN TO SENDER

Mailed From 19801
01/31/2007
US POSTAGE
$00.390