UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
|     DEFENDANT | : | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Jo Ellen Chapen Sheldon, hereby moves this Honorable Court for summary judgment and, in support thereof, states the following:

    1.    This suit was filed by Amy Adams on April 20, 2004 and arises out of an automobile accident that occurred on April 23, 2002.

    2.    A Trial Scheduling Order was issued on December 11, 2006 that required plaintiff's expert reports to be produced on or before April 30, 2007.[1] To date, Plaintiff has not supplied such reports from any expert.

    3.    Without an expert report, Plaintiff cannot establish that the problems for which she is treating were caused by the accident of April 23, 2002 as opposed to any other accident or health problems which she had in the past.

    4.    Because plaintiff has failed to establish a prima facie

---

[1] (A 35-38)

case, summary judgment is appropriate and the case should be dismissed.

    5. The grounds for this motion are found in Defendant's Brief In Support of Defendant's Motion for Summary Judgment.

                      Respectfully submitted,

                      /s/Beth H. Christman
                      BETH H. CHRISTMAN, ESQ.
                      Del. Bar I.D. 2107
                      CASARINO, CHRISTMAN & SHALK, P.A.
                      800 N. King Street, Suite 200
                      P.O. Box 1276
                      Wilmington, DE 19899
                      Attorney for Defendant Sheldon

DATE:    June 27, 2007

```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
```

ASHLEY ADAMS                   :
716 North Barrett Lane         :
Christiana, DE 19702           :    DISTRICT COURT
     PLAINTIFF                 :
                               :
     v.                        :    No. 04-251 JJF
                               :
JO ELLEN CHAPEN SHELDON        :
708 Pebble Beach Drive         :
Elkton, MD 21921               :
     DEFENDANT                 :

CERTIFICATION FOR MOTION FOR SUMMARY JUDGMENT

I, Beth H. Christman, hereby certify that there exists no genuine issue of material fact with respect to the facts argued in this motion.

/s/Beth H. Christman
BETH H. CHRISTMAN, ESQ. (Del. ID 2107)
CASARINO, CHRISTMAN & SHALK, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant Sheldon

DATE:    June 27, 2007

<u>CERTIFICATE OF SERVICE</u>

I, SARAH C. BRANNAN, hereby certify that I have caused to be deposited in the U.S. Mail, postage prepaid, the 27th day of June, 2007 two true and correct copies of the following document:

<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE 19714

CASARINO, CHRISTMAN & SHALK, P.A.

/s/Sarah C. Brannan
BETH H. CHRISTMAN, ESQ.
Del. Bar ID No. 2107
SARAH C. BRANNAN, ESQ.
Del. Bar ID No. 4685
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Sheldon
