# DEFENDANT'S APPENDIX

# PART A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
|     v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
|     DEFENDANT | : | |

<u>DEFENDANT'S APPENDIX TO</u>
<u>DEFENDANT'S BRIEF IN SUPPORT OF DEFENDANT'S</u>
<u>MOTION FOR SUMMARY JUDGMENT</u>

                            BETH H. CHRISTMAN, ESQ.
                            Del. Bar I.D. No. 2107
                            CASARINO, CHRISTMAN & SHALK, P.A.
                            800 N. King Street, Suite 200
                            P.O. Box 1276
                            Wilmington, DE 19899
                            302-594-4500
                            Attorney for Defendant Sheldon

FILING DATE:  June 27, 2007

TABLE OF CONTENTS OF APPENDIX

1. Police Report . . . . . . . . . . . . . . . . . . . . . . . . A-1-2

2. Photographs of the rear of Ms. Adams' vehicle . . . A-3-4

3. Union Hospital Discharge Summary of November 7, 2001 and reports of Eric Marks, D.C. dated February 20, 2002 and March 26, 2002 . . . . . . . . . . . . . . . . . . A-5-15

4. Office note of Bruce Rudin, M.D. dated June 3, 2002  A-16-20

5. Complaint . . . . . . . . . . . . . . . . . . . . . . A-21-27

6. Rule 26(a) Initial Disclosures . . . . . . . . . A-28-34

7. Trial Scheduling Order . . . . . . . . . . . . . A-35-38

8. Selected pages of deposition transcript of Ashley Adams dated July 6, 2005 . . . . . . . . . . A-39-50

9. *Strok v. F/T Northern Jaeger,* 1992 WL 503590 (W.D. Wash.) A-51-54

10. *United States v. Williams,* 2007 WL 1643197 (3rd Cir.) A-55-57

11. Certificate of Service . . . . . . . . . . . . . . . A-58

# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT

| | |
|---|---|
| ☐ REPORTABLE PROPERTY DAMAGE | ☒ NON-REPORTABLE |
| ☐ PERSONAL INJURY | ☐ LATE REPORT |
| ☐ FATALITY | ☐ HAZ/MAT. |
| | ☐ COMM. VEH. |

TROOP/DEPARTMENT: DSP-9
COMPLAINT NO.: 09-02-36437
DSP HQ NO.: 5514

3. MON.-DATE-YEAR: 04/23/02
4. DAY: TU
5. TIME OCCURRED: 0813
8. GRID NO.: /

10. NUMBER & NAME OF STREET OR HIGHWAY: OLD BALTIMORE PIKE C/R 336 · /A

11. NON. INTSECT. 150 FEET ☒ NE ☐ SW OF: GOODWIN DR. NO C/R#

16. PRIM. CONTRIB. CIRCUM.:
   8. SPEED TOO FAST
   9. FAIL TO YIELD ROW
   10. PASSED STOP SIGN
   11. DISREGARD TRAFFIC SIGNAL
   12. DROVE LEFT OF CENTER
   13. IMPROPER PASSING
   14. FOLLOWING TOO CLOSE
   15. MADE IMPROPER TURN
   16. DRIVING UNDER INFLUENCE
   17. MECH. DEFECT

### Driver/Vehicle Info

| | NO. 1 | NO. 2 |
|---|---|---|
| 24. NAME | ADAMS, ASHLEY T | SHELDON, JOELLEN C |
| 25. STREET ADDRESS | 186 INDEPENDENCE DR | 708 PEBBLE BEACH DR |
| 26. CITY | ELKTON | ELKTON |
| 27. STATE | MD | MD |
| 28. ZIP | 21921 | 21921 |
| 29. PHONE | 410 392 6421 | 410 392 3216 |
| 34. SEX | F | F |
| 38. VEHICLE YR. | 98 | 98 |
| 39. VEHICLE MAKE | HONDA | VOLVO |
| 40. MODEL | ACCORD | S70 |
| 42. REGISTRATION NO. | GRX 191 | HLR 539 |
| 43. STATE | MD | MD |
| 44. COLOR | SIL | BLUE |
| 45. DAMAGE | $20.00 | $20.00 |
| 49. INSURANCE COMPANY | STATE FARM | STATE FARM |
| NUMBER | 20-7218-T12 | 205754-A16-20 |

EXHIBIT Sheldon #1 7/6/05

### Witness Information
55. NO WITNESS

V-1 WAS STOPPED FACING E/B ON OBP FOR TRAFFIC IN FRONT OF HER. V-2 WAS STOPPED APPROX 3' BEHIND V-1. V-2 MOVED FORWARD. V-2'S F. BUMPER STRUCK V-1'S R BUMPER FOR A POI 6" E/O SEOR AND 150' W/O GOODWIN DR. FRP BOTH VEHICLES AT POI.

OP-1 STATED SHE WAS STOPPED FOR TRAFFIC IN FRONT OF HER WHEN SHE WAS STRUCK BY V-2.

A 1

56. INVESTIGATING OFFICER: R. LEWIS
RANK: CPL
I.D. NUMBER: 890
57. SUPERVISOR'S APPROVAL DATE: 04/26/02

FORM 438 REV. 1/88

| ☒ 60. CONTINUATION | STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT CONTINUATION/SUPPLEMENT | DSP-9 TROOP/DEPARTMENT | 1. COMPLAINT NUMBER 09-02-34937 | 2. DSP HQ. NO. (LEAVE BLANK) 5514 |
| --- | --- | --- | --- | --- |
| ☐ 80. SUPPLEMENT | | | | |
| INITIAL REPORT DATE | | | | |
| OPERATOR #1 | | | | |
| OPERATOR #2 | | | | |

CODE 55.

OP-2 STATED THAT THE ACCIDENT WAS HER FAULT. OP-2 STATED SHE WAS STOPPED BEHIND V-1 WHEN HER FOOT SLIPPED OFF THE BRAKE AND HER VEHICLE STRUCK V-1 IN THE REAR.

A 2

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. | PAGE 2 OF 2 |
| --- | --- | --- | --- | --- | --- | --- |
| R. LEWIS | CPL | 994 | [signature] 04/26/02 | | | |

FORM 439 A, REV. 10/87



A    3



25.



A      4



27.