UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



ASHLEY ADAMS
716 N Barrett Lane
Christiana, DE  19702
Mailing address:
PO Box 7652
Newark, DE  19714

: DISTRICT COURT

**PLAINTIFF**

v  : No. 04-251 JJF

JO ELLEN SHELDON
708 Pebble Beach Drive
Elkton, MD  21921

: JURY TRIAL

**DEFENDANT**

TO:  The United States District Court
     For the District of Delaware
     The Honorable Judge Joseph J Farnan, Jr
     844 N King Street
     Lock Box 44
     Wilmington, DE  19801

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the Plaintiff will present the attached

Response of Plaintiff to Defendant's Motion for Summary

Judgment at a time convenient to the Court.

*/s/ Ashley Adams*
Ashley Adams
PO Box 7652
Newark, DE  19714
      Plaintiff, *pro se*

Date: July 2, 2007