UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>**PLAINTIFF**<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>**DEFENDANT** | :<br>:<br>:<br>:<br>:<br>:<br>:  DISTRICT COURT<br>:<br>:<br>:  No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:  JURY TRIAL<br>: |

## ORDER

Plaintiff's Motion to deny Defendant's Motion for Summary Judgment having been present, IT IS SO ORDERED this ___ day of _____, 2007, that the Defendant's Motion is **DENIED/DISMISSED**.

_____
J.