IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-251-JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON, | : | |
| | : | |
| Defendant. | : | |

### ORDER

WHEREAS, on February 27, 2007, Defendant's counsel filed a Motion To Request Mediation (D.I. 78) requesting that the Court assign the case to Magistrate Judge Thynge for mediation;

WHEREAS, at this time, the Court is not referring mediations to Magistrate Judge Thynge, but private mediation is available to the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that, Defendant's Motion To Request Mediation (D.I. 78) is **DENIED**.

July 17, 2007

_____
UNITED STATES DISTRICT JUDGE