**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ASHLEY ADAMS                        :
716 N Barrett Lane                  :
Christiana, DE  19702               :
   Mailing address:              :
   PO Box 7652                   :
   Newark, DE  19714             :
                                    :  DISTRICT COURT
   PLAINTIFF                     :
                                    :
vs                                  :  No. 04-251 JJF
                                    :
JO ELLEN CHAPEN SHELDON             :
708 Pebble Beach Drive              :
Elkton, MD  21921                   :
                                    :
   DEFENDANT                     :  JURY TRIAL

**RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, Ashley Adams, *pro se,* hereby moves this Honorable Court to deny summary judgment and, in support thereof, states the following:

1. denied
2. denied
3. denied
4. denied
5. denied

                                Respectfully submitted,

                                */s/ Ashley Adams*
                                Ashley Adams
                                PO Box 7652
                                Newark, DE  19714
                                (302) 393 - 3525

DATE:   July 16, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                                   :
716 N Barrett Lane                             :
Christiana, DE  19702                          :
Mailing address:                               :
PO Box 7652                                    :
Newark, DE  19714                              :
                                               :   DISTRICT COURT
    PLAINTIFF                                  :
                                               :
vs                                             :   No. 04-251 JJF
                                               :
JO ELLEN CHAPEN SHELDON                        :
708 Pebble Beach Drive                         :
Elkton, MD  21921                              :
                                               :   JURY TRIAL
    DEFENDANT                                  :

### ORDER

    IT IS HEREBY ORDERED this ____ day of _____2007 that Defendant's Motion for Summary Judgment is **DENIED**.

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>    PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>    DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF<br><br>JURY TRIAL |

## REQUEST FOR A HEARING

Plaintiff, Ashley Adams, hereby requests a Hearing on Defendant's Motion for Summary Judgment.

By: *Ashley Adams* (signature)

Ashley Adams
PO Box 7652
Newark, DE  19714
302-393-3525
    Plaintiff, pro se

FILING DATE: July 16, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>            PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>            DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>: DISTRICT COURT<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL<br>: |

**NOTICE OF SERVICE**

I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:

**RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

BY: *Ashley Adams*

Ashley Adams
PO Box 7652
Newark, DE  19714
Plaintiff, *pro se*

Dated: July 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF<br><br>JURY TRIAL |

TO:  The United States District Court
     For the District of Delaware
     The Honorable Judge Joseph J Farnan, Jr
     844 N King Street
     Lock Box 44
     Wilmington, DE  19801

### NOTICE OF SERVICE

    I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:
**RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

By: *Ashley Adams*
Ashley Adams, Plaintiff, *pro se*
PO Box 7652
Newark, DE  19714

**FILING DATE**: July 16, 2007