UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>　　PLAINTIFF | :<br>:<br>:<br>:<br>: | DISTRICT COURT |
| v. | :<br>: | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | :<br>:<br>:<br>: | |
| 　　DEFENDANT | :<br>: | TRIAL BY JURY DEMANDED |

**NOTICE OF MOTION**

TO:　Ashley Adams
　　　P.O. Box 7652
　　　Newark, DE   19714

　　　PLEASE take notice that the undersigned will present the attached Response of Defendant to Plaintiff's Motion to Deny/Dismiss Defendant's Motion for Summary Judgment at a time convenient to the Court.

　　　　　　　　　　　　　　　　　　　 /S/Beth H. Christman
　　　　　　　　　　　　　　　　　　　BETH H. CHRISTMAN, ESQ.
　　　　　　　　　　　　　　　　　　　I.D. No. 2107
　　　　　　　　　　　　　　　　　　　Casarino, Christman & Shalk, P.A.
　　　　　　　　　　　　　　　　　　　800 N. King Street, Suite 200
　　　　　　　　　　　　　　　　　　　P.O. Box 1276
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　(302) 594-4500
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATE:　　July 26, 2007