```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                         :
716 North Barrett Lane               :
Christiana, DE 19702                 :    DISTRICT COURT
      PLAINTIFF                      :
                                     :
      v.                             :    No. 04-251 JJF
                                     :
JO ELLEN CHAPEN SHELDON              :
708 Pebble Beach Drive               :
Elkton, MD 21921                     :
                                     :    TRIAL BY JURY DEMANDED
      DEFENDANT                      :
```

**ORDER**

Respondent's response to Plaintiff's Motion to Deny/Dismiss Defendant's Motion for Summary Judgment having been presented, IT IS SO ORDERED this _____ day of _____ , 2007, that Plaintiff's Motion is DENIED.

_____

J.