**CERTIFICATE OF SERVICE**

    I, BETH H. CHRISTMAN, hereby certify that I have served the original by U.S. District Court e-file on this 26th day of July, 2007, and by Certified Mail, Return Receipt Requested, true and correct copies of the attached document, addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE   19714

                                /S/Beth H. Christman
                                BETH H. CHRISTMAN, ESQ.
                                I.D. No. 2107
                                Casarino, Christman & Shalk, P.A.
                                800 N. King Street, Suite 200
                                P.O. Box 1276
                                Wilmington, DE 19899
                                (302) 594-4500
                                Attorney for Defendant