UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
|     DEFENDANT | : | |

## NOTICE OF SERVICE

I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this __26th__ day of __July__, 2007, a true and correct copy of this Notice of Service and by placing in the U.S. mail, certified return receipt requested, two true and correct copies of this Notice of Service and Defendant's Response to Plaintiff's First Set of Document Requests Directed to the Defendant addressed to the following:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

    /S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant