```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                    :
716 North Barrett Lane          :
Christiana, DE 19702            :    DISTRICT COURT
     PLAINTIFF                  :
                                :
     v.                         :    No. 04-251 JJF
                                :
JO ELLEN CHAPEN SHELDON         :
708 Pebble Beach Drive          :
Elkton, MD 21921                :
                                :    TRIAL BY JURY DEMANDED
     DEFENDANT                  :
```

**NOTICE OF MOTION**

TO:  Ms. Ashley Adams
     P.O. Box 7652
     Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached **Response of Defendant Sheldon to Two Motions of Plaintiff which include Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Order for Procedures for Filing Summary Judgment Motions** at a time convenient to the court.

                                                /S/Beth H. Christman
                                                BETH H. CHRISTMAN, ESQ.
                                                I.D. No. 2107
                                                Casarino, Christman & Shalk, P.A.
                                                800 N. King Street, Suite 200
                                                P.O. Box 1276
                                                Wilmington, DE 19899
                                                (302) 594-4500
                                                Attorney for Defendant

DATE:    July 30, 2007