UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                        :
716 North Barrett Lane              :
Christiana, DE 19702                :    DISTRICT COURT
      PLAINTIFF                     :
                                    :
      v.                            :    No. 04-251 JJF
                                    :
JO ELLEN CHAPEN SHELDON             :
708 Pebble Beach Drive              :
Elkton, MD 21921                    :
                                    :    TRIAL BY JURY DEMANDED
      DEFENDANT                     :

**ORDER**

IT IS HEREBY ORDERED that plaintiff Ashley Adams' motion for enlargement of time for response of plaintiff to defendant's motion for summary judgment is granted this _____ day of _____ , 2007.  Plaintiff's time to respond to the motion is extended until August 20, 2007.

_____
J.