**CERTIFICATE OF SERVICE**

I, Beth H. Christman, hereby certify that I have served the original by U.S. District Court e-filing on this 30th day of July, 2007, and by certified mail, return receipt requested, true and correct copies of the attached Response of Defendant Sheldon to TWO MOTIONS of Plaintiff including Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Order for Procedures for Filing Summary Judgment Motions, addressed to:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

/S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant