UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE 19702<br>   Mailing address:<br>   PO Box 7652<br>   Newark, DE 19714<br><br>   PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>   DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF<br><br>JURY TRIAL |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will present the attached **MOTION FOR FEES FOR EXPERT WITNESS REPORT(S) FROM DEFENDANT** at a time convenient to the Court.

Ashley Adams, Pro Se Plaintiff
PO Box 7652
Newark, DE 19714

302-393-3525

Date Filed: August 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>   Mailing address:<br>   PO Box 7652<br>   Newark, DE  19714<br><br>   PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>   DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:   DISTRICT COURT<br>:<br>:<br>:   No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:<br>:   JURY TRIAL |

**MOTION
FOR FEES FOR EXPERT WITNESS REPORT[S] FROM DEFENDANT**

'Federal Rules of Civil Procedure 26 (b) 4 (C) Unless manifest injustice would result, (i) the court shall require that the party seeking discovery pay the expert a reasonable fee for time spent in responding to discovery under this subdivision; and (ii) with respect to discovery obtained under subdivision (b) (4) (B) of this rule the court shall require the party seeking discovery to pay the other party a fair portion of the fees and expenses reasonably incurred by the latter party in obtaining facts and opinions from the expert.'

**COMES NOW**, Plaintiff, Ashley Adams, pro se, hereby moves this Honorable Court to Order Defendant to pay reasonable fees for expert witness report(s) and, in support thereof, states the following:

(1)

This suit arises out of an automobile accident that occurred April 23, 2002, whereby Jo Ellen Chapen Sheldon negligence operation of her motor vehicle causing severe bodily injury to Plaintiff, Ashley Adams.

(2)

This suit was filed by Plaintiff's attorneys Cooper and Shall who no longer represent Plaintiff, Ashley Adams.

(3)

Defendant files a Motion for Summary Judgment because the Plaintiff has not supplied 'expert reports'.

(4)

Plaintiff was informed by Defense Attorney, Beth Christman, that 'all documentation reports are in her possession and confirmed that the next item due per the Scheduling Order is the October 04, 2007, pre-trial conference'. Plaintiff, Ashley Adams relied on this information to be true and accurate.

(5)

Upon the Motion of the Defendant's Summary Judgment, Plaintiff is investigating into the 'expert reports', as shown in Exhibit A [1], B[2], C[3].

(6)

Due to the fact that there is approximately $30,000.00 thirty thousand dollars in medical expenses incurred by Plaintiff, Ashley Adams, as a direct result of the Defendant, Jo Ellen Sheldon negligence operation of her vehicle that caused serious and permanent injuries, 'broken neck, herniation of discs in the neck and radiculpathy, among other injuries, leaving most of these medical expenses to date to remain UNPAID. Plaintiff seeks assistance from the court to order Defendant to share those costs in 'expert reports', depositions, fees for trial testimony from the expert witnesses.

---

[1] DELAWARE NEUROSURGICAL GROUP 'expert report' request
[2] SWARTHMORE NEUROLOGY ASSOCIATES 'expert report' request
[3] DELAWARE DIAGNOSTIC & REHABILITATION 'expert report' request

(7)

Defendant will obtain benefits from these reports and should share the costs of them. Defense seeks Summary Judgment without these 'expert reports'.

> Plaintiff requires (3) three experts at a minimum:
> Dr. Matthew Epply, MD. Neurosurgeon
> Dr. Grossinger, MD. Neurologist
> Dr. Conrad King, MD. Rehabilitation Specialist

(8)

These experts will present evidence attesting to Plaintiff, Ashley Adams' 'broken neck', herniation of discs and radiculpathy as direct result of the April 23, 2002 vehicular accident, negligently caused by Defendant, Jo Ellen Sheldon.

(9)

The Defendants refusal to pay medical bills, $30,000.00 thirty thousand dollars +/-, has placed a severe financial hardship on Plaintiff, Ashley Adams, with cumulating future expenses now relating to the litigation of this case. While Defendant offered $1,000.00, one thousand dollars, to settle this case and/or offers suggestions to not proceed with the action against the Defendant, who leaves Plaintiff, Ashley Adams, with permanent injuries and unpaid medical expenses, $30,000.00 thirty thousand dollars, not including future medical expenses resulting from those permanent injuries.

**WHEREFORE**, Plaintiff, Ashley Adams respectfully requests that this Honorable Court grant her Motion for fees for Expert Witnesses report(s), fees for Depositions, and fees for Expert Witnesses Testimony at trial, from Defendant.

*Ashley Adams*

Ashley Adams, Pro Se Plaintiff
PO Box 7652
Newark, DE  19714

302-393-3525

Date Filed:  August 7, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>          PLAINTIFF<br><br>          vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>          DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>: DISTRICT COURT<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>: JURY TRIAL<br>: |

**ORDER**

Plaintiff's Motion for fees for expert witness report(s) having been heard,

**IT IS HEREBY ORDERED** this _____ day of _____2007 that Plaintiff's Motion is **GRANTED.**

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                              :
716 N Barrett Lane                        :
Christiana, DE  19702                     :
Mailing address:                          :
PO Box 7652                               :
Newark, DE  19714                         :
                                          :   DISTRICT COURT
   PLAINTIFF                              :
                                          :
   vs                                     :   No. 04-251 JJF
                                          :
JO ELLEN CHAPEN SHELDON                   :
708 Pebble Beach Drive                    :
Elkton, MD  21921                         :
                                          :   JURY TRIAL
   DEFENDANT                              :

## NOTICE OF SERVICE

I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:

### MOTION FOR FEES FOR EXPERT WITNESS REPORT(S) FROM DEFENDANT

To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

By: /s/ Ashley Adams
Ashley Adams, Plaintiff, *pro se*
PO Box 7652
Newark, DE  19714

**FILING DATE**: August 07, 2007

# EXHIBIT A

Ashley Adams
PO Box 7652
Newark, DE  19714


August 04, 2007


DELAWARE NEUROSURGICAL GROUP
Dr. Matthew Epply
Suite 202
774 Christiana Road
Newark, DE  19714
302-366-7671

RE: **EXPERT REPORT**
    **Ashley Adams**
    **Automobile Accident**
    **Date of accident:  April 23, 2002**


Greetings,

    Please advise if the **'expert report'** has been completed, or the current status of this report, or any prior requests for this report.  If this report has been completed, would you please forward a copy of this immediately to the above listed address.

    If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

    This case is proceeding to trial.  There will be a likelihood of depositions required.  The deposition dates will be schedule after the completion of the expert reports.  Please provide your fee for the deposition.

Thank you,

Ashley Adams

# EXHIBIT B

Ashley Adams
PO Box 7652
Newark, DE  19714

August 04, 2007

SWARTHMORE NEUROLOGY ASSOC PC
PO BOX 199
RIDLEY PARK, PA  19078
610-521-6063

RE: **EXPERT REPORT**
   **Ashley Adams**
   **Automobile Accident**
   **Date of accident:  April 23, 2002**


Greetings,

   Please advise if the '**expert report**' has been completed, or the current status of this report, or any prior requests for this report. If this report has been completed, would you please forward a copy of this immediately to the above listed address.

   If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

   This case is proceeding to trial. There will be a likelihood of depositions required. The deposition dates will be schedule after the completion of the expert reports. Please provide your fee for the deposition.

Thank you,

Ashley Adams

# EXHIBIT C

Ashley Adams
PO Box 7652
Newark, DE  19714

August 04, 2007

DELAWARE DIAGNOSTIC & REHABILITATION CENTER
Dr. Conrad King
1700 Wawaset Street
Wilmington, DE  19806
302-777-3955

RE: **EXPERT REPORT**
    **Ashley Adams**
    **Automobile Accident**
    **Date of accident:  April 23, 2002**

Greetings,

    Please advise if the **'expert report'** has been completed, or the current status of this report, or any prior requests for this report.  If this report has been completed, would you please forward a copy of this immediately to the above listed address.

    If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

    This case is proceeding to trial.  There will be a likelihood of depositions required.  The deposition dates will be schedule after the completion of the expert reports.  Please provide your fee for the deposition.

Thank you,

Ashley Adams