UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE 19702<br>   Mailing address:<br>   PO Box 7652<br>   Newark, DE 19714<br><br>PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF<br><br>JURY TRIAL |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will present the attached MOTION **TO COMPEL DEPOSITION OF JO ELLEN SHELDON** at a time convenient to the Court.

*Ashley Adams*
Ashley Adams, Pro Se Plaintiff
PO Box 7652
Newark, DE 19714

302-393-3525

Date Filed: August 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>    Mailing address:<br>    PO Box 7652<br>    Newark, DE  19714<br><br>    PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>: DISTRICT COURT<br>:<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL |

## MOTION
## TO COMPEL DEPOSITION OF JO ELLEN SHELDON

**COMES NOW**, Plaintiff, Ashley Adams, pro se, hereby moves this Honorable Court to compel deposition of Jo Ellen Sheldon and, in support thereof, states the following:

(1)

This suit arises out of an automobile accident that occurred April 23, 2002, whereby Jo Ellen Chapen Sheldon negligence operation of a motor vehicle causing severe bodily injury to Ashley Adams.

(2)

This suit was filed by attorney's Cooper and Shall who no longer represent Plaintiff, Ashley Adams.

(3)

A Rule 16 Scheduling Order  1.  Discovery. (d) Maximum of 5 depositions by Plaintiff....excluding expert depositions.

(4)

On January 26, 2007, Plaintiff, Ashley Adams, sent a written request to Defense Attorney, Beth Christman requesting Deposition of Jo Ellen Sheldon, requesting (4) four available dates in February 2007. [Exhibit A][1].

---

[1] Letter to Defense Attorney, Beth Christman, dated January 26, 2007 requesting deposition dates

(5)

Letter response from Defense Attorney, Beth Christman, denied this request.

(6)

Letter to respond to Defense Attorney, Beth Christman, dated February 08, 2007, 'Request for Deposition dates [February 2007] requesting (4) four dates in February 2007 requesting compliance. [Exhibit B][2].

(7)

A video-conference deposition was done by Charles Cooper, Plaintiff's attorney, on July 6, 2005, which lasted approximately 10 minutes. Charles Cooper, Plaintiff's attorney at that time, reserved the right to another deposition of the Defendant at that time and it was agreed upon.

(8)

Defendant, Jo Ellen Sheldon, had much difficulty testifying to any of the questions asked during this video deposition, whether it was to repeat the questions several times due to audio interference or lack of visual clearness to examine documents questioned. [Exhibit C][3]

---

[2] Letter to Defense Attorney, Beth Christman, dated February 08, 2007, requesting deposition dates
[3] Sheldon – Direct

(9)

A telephone log [Exhibit D][4] was provided, showing Defendant's telephone activity on the day of the accident. The accident, as recorded on the police report occurred at 8:13AM, Defendant testifies repeated times to have called the police, stating that Plaintiff asked the Defendant to call the police. Defendant, Sheldon, does not call the police, instead, at 8:14AM she calls her work; at 8:15AM she calls her husband. Defense attorney, Beth Christman, writes in a letter [Exhibit E][5], attempting to explain the reason why the 9.1.1 call does not show on the telephone record, because it was a 'toll free' number, no charges applied. Toll free numbers are listed on Sheldon's telephone record, with no charge. Sheldon, knowing that Plaintiff had asked her to call the police, defiantly ignored her requests, while Plaintiff was in severe pain from her negligence driving that resulted in severe and permanent injuries to Plaintiff.

---

[4] Copy of portion Verizon telephone bill – David Sheldon
[5] Letter dated August 1, 2005 from Defense Attorney, Beth Christman encls. Telephone record

**WHEREFORE**, the initial deposition of Defendant, Jo Ellen Sheldon, reveals many discrepancies in her testimony, either to contents of the Police Report, telephone calls made prior to the automobile accident, or immediately after, insomuch, the deposition was very limited. Defendant, Jo Ellen Sheldon, had visual and audio difficulty with the video-conference and many questions remained unanswered. Plaintiff, Ashley Adams respectfully requests that this Honorable Court grant her Motion to Compel Deposition of Jo Ellen Sheldon, and that deposition is attended in person at a time that is convenient for all parties.

*Ashley Adams*

Ashley Adams, Pro Se Plaintiff
PO Box 7652
Newark, DE  19714

302-393-3525

Date Filed:  August 7, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>    PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>: DISTRICT COURT<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>: JURY TRIAL<br>: |

### ORDER

Plaintiff's Motion to Compel Deposition of Jo Ellen Sheldon having been heard,

**IT IS HEREBY ORDERED** this \_\_\_\_ day of _____2007 that Plaintiff's Motion is **GRANTED**.

 

_____
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>　　PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>　　DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:  DISTRICT COURT<br>:<br>:<br>:  No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:  JURY TRIAL<br>: |

### NOTICE OF SERVICE

I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:

**MOTION TO COMPEL DEPOSITION OF JO ELLEN SHELDON**

To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

By: *[signature]*
Ashley Adams, Plaintiff, *pro se*
PO Box 7652
Newark, DE  19714

**FILING DATE**: August 07, 2007

# EXHIBIT A

FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS  :
716 N Barrett Lane  :
Christiana, DE  19702  :
Mailing address:  :
PO Box 7652  :
Newark, DE  19714  :
                                                    :    DISTRICT COURT
    PLAINTIFF  :
                                             :
      v  :    No. 04-251 JJF
                                             :
JO ELLEN SHELDON  :
708 Pebble Beach Drive  :
Elkton, MD  21921  :
                                             :
    DEFENDANT  :

TO:  The United States District Court
     For the District of Delaware
     The Honorable Judge Joseph J Farnan, Jr
     844 N King Street
     Lock Box 44
     Wilmington, DE  19801

**NOTICE OF SERVICE**

    I hereby give notice that I caused notification by letter for

Requests for February 2007 dates for Deposition of Defendant, Jo Ellen

Sheldon to be served upon the following on the date set forth below, via first class

mail, postage prepaid:

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

                                                                             By *[signature: Ashley Adams]*

                                                                         Ashley Adams
                                                                         PO Box 7652
                                                                         Newark, DE  19714
                                                                         Plaintiff, pro se

Dated January 26, 2007

Ashley Adams
PO Box 7652
Newark, DE  19714

January 26, 2007

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

RE:  **DEPOSITION SCHEDULE**

Ms Christman,

    Please provide me with (4) four dates in February 2007, to schedule a deposition with Defendant, Jo Ellen Sheldon.

Regards,


Ashley Adams

UNITED STATES DISTRICT COURT

# EXHIBIT B

Ashley T Adams
PO Box 7652
Newark, DE  19714

February 08, 2007

Casarino Christman & Shalk, P.A.
800 North King Street
Suite 200
PO Box 1276
Wilmington, DE  19899

### Request for Deposition dates [February 2007]

**Pursuit Rule 26.1 (b)** – 'there shall be no limitation upon the permissible number of document requests, .........or depositions'.  Unless you comply with the Civil Procedure Rules, I will be filing a motion with the Court for immediate compliance.  You have 10 days from the date of this letter to comply.

You have not complied with the request of producing telephone documents that were requested at the deposition done by Charles Cooper.  The telephone document that was received was a cellular telephone transcript, but does not identify that this is the cellular telephone used by JoEllen Sheldon on that day.  This does not appear to be her cellular telephone record, for if it is, it contradicts her statement under oath, *"that she initiated a telephone call for 9.1.1.".*  The cellular telephone record submitted does not show a 9.1.1. call on this record.  9.1.1. calls will always show on any telephone record, contrary to your letter of explanation.  This telephone record supplied is not the actual record for JoEllen Sheldon on the day in question.  This appears to be another account holder's telephone log.  JoEllen Sheldon testified under oath *"that she was not talking on her cellular telephone at the time of the accident caused by her".*  The records supplied are incomplete and inconsistent with her testimony.  You failed to produce documents requesting telephone logs.

Your continued attempts to cause delays, avoid prosecution against Sheldon, are rising to the level of contempt, and so shall be dealt with appropriately.  Immediately provide those (4) dates in February as requested in January.

Ashley Adams

# EXHIBIT C

1  accident was your fault?

2       A.    I did not admit guilt.

3       Q.    I have the police report here that's
4  been marked as Sheldon 1 and on Page 2 of that report
5  there's a statement that appears to be attributed to
6  you. We're going to take the police officer's
7  deposition, but I want to ask you about this. Can you
8  see that, ma'am?

9       A.    Hold on. I've got to come to the TV
10 because I can't read it from here.

11      Q.    Here ... how about if I read it to you.
12 It says, "Operator 2 --" that's you. "Operator 2
13 stated that the accident was her fault. Operator 2
14 stated she was stopped behind Vehicle 1 when her foot
15 slipped off the brake and her vehicle struck Vehicle 1
16 in the rear." That's what the policeman says you
17 said. Do you see that there, ma'am?

18            MS. CHRISTMAN: Go back to your seat,
19 Ms. Sheldon, and then answer.

20            THE WITNESS: If that's what it says,
21 then that's what it says. I can't read it.

22            MS. CHRISTMAN: I'll agree --

23            THE WITNESS: It's not clear.

24                    - - -

# EXHIBIT D

FROM :

PHONE NO. :

Jul. 14 2005 02:47PM P2

Adams v. ~~~~~

GDF

verizon wireless

Page: 5 of 10
Account Number............ 903735351-00001
Invoice Number............ 0357626342
Billing Date ............. May 21, 2002

**Wireless Details for (443) 553-6973 DAVID SHELDON**

HOME AREA

| # | Date | Time | Rate Period | Call Origination+ | | Called Phone Number | Call Destination | | Minutes | Usage Type | Home Airtime Charges | Other Call Type | Other Call Charges | Total Charges |
|---|------|------|-------------|-------------------|---|---------------------|------------------|---|---------|------------|----------------------|------------------|---------------------|----------------|
| 1 | 04/22 | 06:19P | P | Wilmington | DE | (443) 553-4625 | Elkton | MD | 14 | A | Included | | .00 | .00 |
| 2 | 04/22 | 08:48P | P | Wilmington | DE | (443) 553-4625 | Elkton | MD | 5 | A | Included | | .00 | .00 |
| 3 | 04/22 | 08:51P | P | Wilmington | DE | (443) 553-4625 | Elkton | MD | 3 | A | Included | | .00 | .00 |
| 4 | 04/22 | 08:59P | P | Wilmington | DE | (302) 376-9335 | Middletown | DE | 1 | A | Included | | .00 | .00 |
| 5 | 04/22 | 10:27P | O | Elkton | MD | (888) 416-1200 | Toll-Free | CL | 2 | Y | Included | | .00 | .00 |
| 6 | 04/23 | 08:14A | P | Newark | DE | (302) 634-1000 | Newport | DE | 2 | A | Included | | .00 | .00 |
| 7 | 04/23 | 08:16A | P | Newark | DE | (443) 553-4625 | Elkton | MD | 11 | A | Included | | .00 | .00 |
| 8 | 04/23 | 08:51A | P | Newark | DE | (443) 553-4625 | Elkton | MD | 6 | A | Included | | .00 | .00 |
| 9 | 04/23 | 05:25P | P | Wilmington | DE | (443) 553-4625 | Elkton | MD | 7 | A | Included | | .00 | .00 |
| 10 | 04/23 | 05:32P | P | Wilmington | DE | (443) 553-4625 | Elkton | MD | 1 | A | Included | | .00 | .00 |
| 11 | 04/23 | 05:36P | P | Newark | DE | (302) 376-9335 | Middletown | DE | 1 | A | Included | | .00 | .00 |
| 12 | 04/23 | 05:40P | P | Newark | DE | (302) 239-3538 | Hockessin | DE | 8 | A | Included | | .00 | .00 |
| 13 | 04/23 | 07:19P | P | Elkton | MD | (888) 416-1200 | Toll-Free | CL | 3 | A | Included | | .00 | .00 |
| 14 | 04/24 | 07:51A | P | Newark | DE | (443) 553-6973 | Incoming | CL | 31 | A | Included | | .00 | .00 |
| 15 | 04/24 | 06:28P | P | Wilmington | DE | (302) 376-9335 | Middletown | DE | 2 | A | Included | | .00 | .00 |

# EXHIBIT E

# CASARINO, CHRISTMAN & SHALK, P.A.
## ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA G. BROOKS-MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

August 1, 2005

Charles S. Cooper, Esq.
Cooper & Schall, P.A.
1760 Market Street, Suite 1100
Philadelphia, PA 19103

**RE:** Adams v. Sheldon

Dear Chuck:

In response to your request following my client's deposition, I am enclosing a copy of the records showing my client's cell phone calls on April 23, 2002. They show the call she made to her employer and her husband shortly after this accident. Ms. Sheldon was not talking on the phone at the time of this accident. It appears that her call to the police was not included since it is not a call for which a charge is applied.

Very truly yours,

BETH H. CHRISTMAN

/mbl
enclosure

cc: Ms. Kristin McGough, w/enc.
    Claim No. 20-5498-946
    Joseph M. Jachetti, Esq., w/enc.