UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS
716 N Barrett Lane
Christiana, DE 19702
   Mailing address:
   PO Box 7652
   Newark, DE 19714

   PLAINTIFF

v

JO ELLEN SHELDON
708 Pebble Beach Drive
Elkton, MD 21921

   DEFENDANT

ORIGINAL

DISTRICT COURT

No. 04-251 JJF

JURY TRIAL

**PLAINTIFF'S APPENDIX TO PLAINTIFF'S BRIEF IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Ashley Adams
PO Box 7652
Newark, DE 19714

Filing Date: August 20, 2007



# TABLE OF CONTENTS OF APPENDIX

1. Expert Report requisition – Dr. Eppley ....................................................A-1
2. Expert Report requisition – Dr. Grossinger .............................................A-2
3. Expert Report requisition – Dr. King ......................................................A-3
4. Rule 16 Scheduling Order  March 24, 2005 .............................................A-4
5. Rule 16 Scheduling Order  December 07, 2006 .......................................A-5
6. February 19, 2002 accident – C-spine X-ray February 20, 2002................A-6
7. February 19, 2002 accident – Dr. Marks initial report February 20, 2002 ....A-7
8. SWARTHMORE NEUROLOGY ASSOCIATES – Dr. Grossinger Mar 05, 02 ....A-8
9. February 19, 2002 accident – Dr. Marks re-exam ...........March 26, 2002 ...A-9
10. Dr. Rudin office note dated June 03, 2002 – April 23, 2002 accident ..........A-10
11. C-spine X-ray – April 23, 2002 accident .................................................A-11
12. CT Scan – April 23, 2002 accident ........................................................A-12
13. MRI Scan – April 23, 2002 accident ......................................................A-13
14. Discharge Christiana Hospital Trauma Center April 28, 2002 .....................A-14
15. Dr. Marks initial report April 27, 2002 re:  April 23, 2002 accident .............A-15
16. Dr. King – report of evaluation April 23, 2002 accident ..............................A-16
17. Dr. Grossinger – EMG and NERVE CONDUCTION STUDIES  June 28, 02 ...A-17
18. Dr. Eppley – office note dated May 08, 2002 ............................................A-18
19. Verizon wireless bill Jo Ellen Sheldon April 23, 2002 record of calls ............A-19

Ashley Adams
PO Box 7652
Newark, DE 19714

August 04, 2007

DELAWARE NEUROSURGICAL GROUP
Dr. Matthew Epply
Suite 202
774 Christiana Road
Newark, DE 19714
302-366-7671

RE: **EXPERT REPORT**
   **Ashley Adams**
   **Automobile Accident**
   **Date of accident: April 23, 2002**

Greetings,

   Please advise if the '**expert report**' has been completed, or the current status of this report, or any prior requests for this report. If this report has been completed, would you please forward a copy of this immediately to the above listed address.

   If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

   This case is proceeding to trial. There will be a likelihood of depositions required. The deposition dates will be schedule after the completion of the expert reports. Please provide your fee for the deposition.

Thank you,

Ashley Adams

Ashley Adams
PO Box 7652
Newark, DE 19714

August 04, 2007

SWARTHMORE NEUROLOGY ASSOC PC
PO BOX 199
RIDLEY PARK, PA 19078
610-521-6063

RE: **EXPERT REPORT**
    **Ashley Adams**
    **Automobile Accident**
    **Date of accident: April 23, 2002**

Greetings,

    Please advise if the **'expert report'** has been completed, or the current status of this report, or any prior requests for this report. If this report has been completed, would you please forward a copy of this immediately to the above listed address.

    If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

    This case is proceeding to trial. There will be a likelihood of depositions required. The deposition dates will be schedule after the completion of the expert reports. Please provide your fee for the deposition.

Thank you,

Ashley Adams

Ashley Adams
PO Box 7652
Newark, DE 19714


August 04, 2007


DELAWARE DIAGNOSTIC & REHABILITATION CENTER
Dr. Conrad King
1700 Wawaset Street
Wilmington, DE 19806
302-777-3955


RE: **EXPERT REPORT**
   **Ashley Adams**
   **Automobile Accident**
   **Date of accident: April 23, 2002**


Greetings,

    Please advise if the '**expert report**' has been completed, or the current status of this report, or any prior requests for this report. If this report has been completed, would you please forward a copy of this immediately to the above listed address.

    If this report has not been completed or requested prior to this date, please provide an invoice for the fees associated for the expert report.

    This case is proceeding to trial. There will be a likelihood of depositions required. The deposition dates will be schedule after the completion of the expert reports. Please provide your fee for the deposition.

Thank you,

Ashley Adams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS,

        Plaintiff,

v.                             Civil Action No. 04-251 JJF

JO ELLEN CHAPEN SHELDON,

        Defendant.

**RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by July 15, 2005.

    (b) Maximum of twenty-five (25) interrogatories by each party to any other party.

    (c) Maximum of twenty-five (25) requests for admission by each party to any other party.

    (d) Maximum of five (5) depositions by plaintiff(s) and five (5) by defendant(s). Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

    (e) Reports from any retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by August 12, 2005; from the defendant(s) by September 2, 2005.

    (f) Any party desiring to depose an expert witness

shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

2. **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

3. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before October

25, 2005. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

4. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

5. **Pretrial Conference and Trial.** A Pretrial Conference will be held on December 7, 2005 in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

The trial date will be scheduled at the Pretrial Conference. The parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

March 24, 2005
DATE

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-251-JJF |
| JO ELLEN CHAPIN SHELDON, | : |
| Defendant. | : |

**RULE 16 SCHEDULING ORDER**

The Rule 16 Scheduling Order entered in the above-captioned case has expired (D.I. 17);

IT IS ORDERED that:

1. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be completed by **February 28, 2007.**

    (b) Maximum of **25** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **25** requests for admission by each side.

    (d) Maximum of **5** depositions by plaintiff(s) and **5** by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 1(a, b and c) is completed.

    (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party which has the burden

of proof by **April 30, 2007**; Rebuttal report are due by **May 31, 2007.**

    2. **Discovery Disputes.**

    (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

    (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    3. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **July 2,**

**2007.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

    4. **Applications by Motion.**

        (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

        (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    5. **Pretrial Conference.** A Pretrial Conference will be held on **Thursday, October 4, 2007 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington,

Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

6. **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Plaintiff and Counsel should be available during the 120 day period for trial.

December 7, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE

# CA NO. 04-251

# EXHIBITS

# 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19

WERE PLACED UNDER SEAL

THESE DOCUMENTS CONTAINED MEDICAL/PERSONAL INFORMATION