UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF | :<br>:<br>:<br>:<br>: | <br><br>DISTRICT COURT<br> |
| v. | : | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

       I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this __27th__ day of __August__, 2007, a true and correct copy of this Notice of Service and by placing in the U.S. mail, certified mail, return receipt requested two true and correct copies of this Notice of Service and Answer of Defendant to Plaintiff's First Set of Interrogatories directed to Defendant (unverified) addressed to the following:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714
      CERTIFIED MAIL # 7007 0220 0004 4339 2025

      /S/Beth H. Christman
      BETH H. CHRISTMAN, ESQ.
      I.D. No. 2107
      Casarino, Christman & Shalk, P.A.
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899
      (302) 594-4500
      Attorney for Defendant