UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF | :<br>:<br>:<br>:<br>: | <br><br>DISTRICT COURT<br> |
| v. | :<br>: | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I, BETH H. CHRISTMAN, ESQ., hereby certify that I have served by CM/ECF electronic filing on this __5th__ day of ____September____, 2007, a true and correct copy of this Notice of Service and by placing in the U.S. mail, certified mail, return receipt requested, two true and correct copies of this Notice of Service and Defendant's Verified Answers to Plaintiff's First Set of Interrogatories directed to Defendant addressed to the following:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714
    CERTIFIED MAIL # 7007 0220 0004 4339 2049

        /S/Beth H. Christman
       BETH H. CHRISTMAN, ESQ.
       I.D. No. 2107
       Casarino, Christman & Shalk, P.A.
       800 N. King Street, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899
       (302) 594-4500
       Attorney for Defendant