UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
|     DEFENDANT | : | |

**NOTICE OF RESPONSE TO PLAINTIFF'S MOTION
FOR A PROTECTIVE ORDER**

TO:  Ms. Ashley Adams
      P.O. Box 7652
      Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER at a time convenient to the court.

                        /S/Beth H. Christman
                        BETH H. CHRISTMAN, ESQ.
                        I.D. No. 2107
                        Casarino, Christman & Shalk, P.A.
                        800 N. King Street, Suite 200
                        P.O. Box 1276
                        Wilmington, DE 19899
                        (302) 594-4500
                        Attorney for Defendant

Date:    September 13, 2007