UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
|     PLAINTIFF | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
|     DEFENDANT | : | |

**ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2007, that plaintiff's motion for a protective order as to subpoenas for medical records has been considered and is hereby DENIED.

_____
Joseph J. Farnan, Jr.