# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO:   MEDICAL RECORDS CUSTODIAN
Ganesh Balu, M.D.
106 S. Broad Street
Middletown, DE 19709

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | June 22, 2005<br>11:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:   Joseph M. Jachetti, Esq.
     Charles S. Cooper, Esq.
        Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Ganesh Balu, M.D. | 6/8/2005 @ 4:20 p.m. | *NEW ADDRESS: 724 S. Governor's Avenue, Suite 4, Dover, DE 19904 |

| Served on (Print Name) | Manner |
|---|---|
| Sonya Shah | billing clerk |

| Served by (Print Name) | Title |
|---|---|
| David W. Phillips | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6/9/2005
              Date

*Signature of Server*

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena
   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Service of Process:
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:23 AM EDT and filed on 6/21/2005
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 34

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Ganesh Balu, M.D. on 6/8/2005 4:20 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59510-0]

[ab214606774f4bfb0160f00236c74ff327495b04defdef39fa4ed97a6085dbdefaaf5
e9b9132055f2ebc741ec542ce00ab7b9f607a356dcc1c9a62ce4979a609]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

**Mary Lemon**

---

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Tuesday, June 21, 2005 9:23 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:23 AM EDT and filed on 6/21/2005
**Case Name:**      Adams v. Chapin Sheldon, et al
**Case Number:**    1:04-cv-251
**Filer:**
**Document Number:** 34

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Ganesh Balu, M.D. on 6/8/2005 4:20 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59510-0]

[ab214606774f4bfb0160f00236c74ff327495b04defdef39fa4ed97a6085dbdefaaf5
e9b9132055f2ebc741ec542ce00ab7b9f607a356dcc1c9a62ce4979a609]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

6/21/2005

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO:     MEDICAL RECORDS CUSTODIAN
Dai O. Moon, M.D.
Omega Professional Center
Building C 83
Newark, DE 19713

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | **June 22, 2005**<br>10:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.
        Charles S. Cooper, Esq.
          Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED<br>Dai O. Moon, M.D. | DATE<br>6/8/2005 @<br>9:30 a.m. | PLACE<br>C-83 Omega Drive,<br>Newark, DE 19713 |
|---|---|---|
| Served on (Print Name)<br>**Susan Riggins** | | Manner<br>**records custodian** |
| Served by (Print Name)<br>**Carmen J. Verderamo** | | Title<br>**Special Process Server** |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on     6/9/2005
                   Date

Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:25 AM EDT and filed on 6/21/2005
**Case Name:**　　Adams v. Chapin Sheldon, et al
**Case Number:**　　1:04-cv-251
**Filer:**
**Document Number:** 35

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Dai O. Moon, M.D. on 6/8/2005 9:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59513-0]

[7afaeb12d23f0a1a87a64fde5075f0cf6b93bf7b8b7471607e894b98e2638f801d7ff
b913b24d96d75741f046e793cc73e308b179f545efc8a3569a7de490f90]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman　　bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, June 21, 2005 9:25 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:25 AM EDT and filed on 6/21/2005

**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 35

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Dai O. Moon, M.D. on 6/8/2005 9:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59513-0]

[7afaeb12d23f0a1a87a64fde5075f0cf6b93bf7b8b7471607e894b98e2638f801d7ff
b913b24d96d75741f046e793cc73e308b179f545efc8a3569a7de490f90]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

6/21/2005

# United States District Court
DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO:  MEDICAL RECORDS CUSTODIAN
J. Douglas Patterson, M.D.
Orthopaedic Specialists
Medical Services Building, Suite 600
7th and Clayton Streets
Wilmington, DE 19805

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.**<br>**Suite 200**<br>**800 N. King Street, P.O. Box 1276**<br>**Wilmington, Delaware 19899-1276** | **June 22, 2005**<br>**10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:  Joseph M. Jachetti, Esq.
    Charles S. Cooper, Esq.
        Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| J. Douglas Patterson, M.D. | 6/8/2005 @ 10:30 a.m. | 7th & Clayton Streets, Suite 600 Wilmington, DE 19805 |

| Served on (Print Name) | Manner |
|---|---|
| Jenn Garbowski | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Carmen J. Verderamo | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    6/9/2005
                  Date

*Carmen J. Verderamo*
Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
 (i) fails to allow reasonable time for compliance,
 (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
 (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
 (iv) subjects a person to undue burden.

(B) If a subpoena
 (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
 (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
 (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Service of Process:**

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:27 AM EDT and filed on 6/21/2005
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 36

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, J. Douglas Patterson, M.D. on 6/8/2005 10:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59517-0]
[d36497e36f4e42224170b8214f495f1683e2b50867ea1f525320ba38719af52e4bf9c
df5fb3998e216f1d144f2e53a87b056220b861b737d1d74612a33e3a683]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, June 21, 2005 9:27 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:27 AM EDT and filed on 6/21/2005

**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**  1:04-cv-251
**Filer:**
**Document Number:** 36

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, J. Douglas Patterson, M.D. on 6/8/2005 10:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59517-0]
[d36497e36f4e42224170b8214f495f1683e2b50867ea1f525320ba38719af52e4bf9c
df5fb3998e216f1d144f2e53a87b056220b861b737d1d74612a33e3a683]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

6/21/2005

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
  Plaintiff,

v.

JoEllen Sheldon,
  Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO: MEDICAL RECORDS CUSTODIAN
  Madhu S. Sachdev, M.D.
  322 E. Cecil Avenue
  North East, MD 21901
  (410) 287-5570

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**X**  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | June 22, 2005<br>9:30 a.m. |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
  Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc: Joseph M. Jachetti, Esq.
  Charles S. Cooper, Esq.
   Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Madhu S. Sachdev, M.D. | 6/8/2005 @ 10:30 a.m. | 322 East Cecil Avenue, North East, MD 21901 |

| Served on (Print Name) | Manner |
|---|---|
| Kathy Ball | receptionist |

| Served by (Print Name) | Title |
|---|---|
| David W. Phillips | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6/9/2005
           Date

*[Signature]*
Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
  (i) fails to allow reasonable time for compliance,
  (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
  ('i) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:28 AM EDT and filed on 6/21/2005
**Case Name:**       Adams v. Chapin Sheldon, et al
**Case Number:**     1:04-cv-251
**Filer:**
**Document Number:** 37

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Madhu S. Sachdev, M.D. on 6/8/2005 10:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59525-0]
[51360eba52a75a6a8a7db811513346783ef073766cb3b5efc2f05838e04d23da643c8
8ef57e56769e7c02ec6ed0b0e5f2c170713cba8c00db09def262ac94b14]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

**Mary Lemon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, June 21, 2005 9:29 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 6/21/2005 at 9:28 AM EDT and filed on 6/21/2005
**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 37

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Madhu S. Sachdev, M.D. on 6/8/2005 10:30 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/21/2005] [FileNumber=59525-0]
[51360eba52a75a6a8a7db811513346783ef073766cb3b5efc2f05838e04d23da643c8
8ef57e56769e7c02ec6ed0b0e5f2c170713cba8c00db09def262ac94b14]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

6/21/2005