# United States District Court
## DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

TO: MEDICAL RECORDS CUSTODIAN
Christiana Care Health Services
501 W. 14th Street
Wilmington, DE 19801

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956, for dates of service 4/23/2002, 4/24/2002, 4/25/2002 and 4/27/2002.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | May 11, 2005<br>1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE

_[signature]_ for Defendant    4/15/05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Christiana Care Health Services | 4/18/2005 @ 4:00 p.m. | 501 West 14th Street, Wilimington, DE 19801 |

| Served on (Print Name) | Manner |
|---|---|
| Patricia Boyer | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Michael T. O'Rourke | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4/19/2005
                    Date

Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena

   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



## Mary Lemon

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Monday, May 02, 2005 12:51 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:51 PM EDT and filed on 5/2/2005
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 19

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Christiana Care Health Services on 4/18/2005 @ 4:00 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35840-0] [
49e9309bfa46edafff63f40ab5c6eb2fce0414ebb406696dc04d76f16855b70f1ccf2f
d98e08bf62a7674ef5660a6bd8d9044b64ead6ab7762ebbade20452c7d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:51 PM EDT and filed on 5/2/2005
**Case Name:**         Adams v. Chapin Sheldon, et al
**Case Number:**       1:04-cv-251
**Filer:**
**Document Number:** 19

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Christiana Care Health Services on 4/18/2005 @ 4:00 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35840-0] [
49e9309bfa46edafff63f40ab5c6eb2fce0414ebb406696dc04d76f16855b70f1ccf2f
d98e08bf62a7674ef5660a6bd8d9044b64ead6ab7762ebbade20452c7d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
 Plaintiff,

v.

JoEllen Sheldon,
 Defendant.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

TO: MEDICAL RECORDS CUSTODIAN
Eric C. Marks, D.C.
1536 Kirkwood Highway
Newark, DE 19711

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | May 11, 2005<br>11:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

_[signature]_ for defendant 4/15/05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc: Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Eric C. Marks, D.C. | 4/18/2005 @ 10:25 a.m. | 1536 Kirkwood Highway Newark, DE 19711 |

| Served on (Print Name) | Manner |
|---|---|
| Shamed Jamel | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Carmen J. Verderamo | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on   4/19/2005
        Date

*[Signature]*
Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
    (i) fails to allow reasonable time for compliance,
    (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.

(B) If a subpoena

    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



**Mary Lemon**

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Monday, May 02, 2005 1:02 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 1:01 PM EDT and filed on 5/2/2005
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 24

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Eric C. Marks, D.C. on 4/18/05 @ 10:25 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35855-0] [ 981ddbbcb0bd672efcfefdec1f48f2e19abeaabf0ce3fd7dc2421acdd5b646740ccf85 a1f4fa1e07aef3865855057027c2e494358bf377af611a9a34436d268a]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 1:01 PM EDT and filed on 5/2/2005

**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 24

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Eric C. Marks, D.C. on 4/18/05 @ 10:25 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35855-0] [
981ddbbcb0bd672efcfefdec1f48f2e19abeaabf0ce3fd7dc2421acdd5b646740ccf85
a1f4fa1e07aef3865855057027c2e494358bf377af611a9a34436d268a]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

V.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

TO:    MEDICAL RECORDS CUSTODIAN
Bruce J. Rudin, M.D.
First State Orthopaedics
4745 Ogletown-Stanton Road
Suite 225
Newark, DE 19713

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | May 11, 2005<br>11:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Bruce H. Ch____ for defendant* | 4/15/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED<br>Bruce J. Rudin, M.D. | DATE<br>4/18/2005 @<br>9:10 a.m. | PLACE<br>4745 Ogletown-Stanton Road, Suite 225<br>Newark, DE 19713 |
|---|---|---|
| Served on (Print Name)<br>Megan Stanley | | Manner<br>records custodian |
| Served by (Print Name)<br>Carmen J. Verderamo | | Title<br>Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4/19/2005
                  Date                                              Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
  (i) fails to allow reasonable time for compliance,
  (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena

  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Mary Lemon

| | |
|---|---|
| **From:** | Allan_Kam@ded.uscourts.gov |
| **Sent:** | Monday, May 02, 2005 2:23 PM |
| **To:** | Mary Lemon |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "SubpoenaReturned Executed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 1:03 PM EDT and filed on 5/2/2005
**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**    1:04-cv-251
**Filer:**
**Document Number:** 25

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bruce J. Rudin, M.D. on 4/18/05 @ 9:10 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35858-0] [
db70710ae727aa4ef5052c14f20727c539053857858a40d0f4bb1dd388e1578698756d
114c7665e016d93c91074846fe096e9167d36427d8129a3ce47b5720c7]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman      bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 1:03 PM EDT and filed on 5/2/2005

**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 25

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bruce J. Rudin, M.D. on 4/18/05 @ 9:10 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35858-0] [ db70710ae727aa4ef5052c14f20727c539053857858a40d0f4bb1dd388e1578698756d 114c7665e016d93c91074846fe096e9167d36427d8129a3ce47b5720c7]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court
## DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

V.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

JoEllen Sheldon,
    Defendant.

TO:     MEDICAL RECORDS CUSTODIAN
Bruce H. Grossinger, D.O.
4100 Dawnbrooke Drive
Suite 4
Wilmington, DE 19804

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | May 11, 2005<br>10:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] for defendant | 4/15/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:     Joseph M. Jachetti, Esq.

## PROOF OF SERVICE

| SERVED<br>Bruce H. Grossinger, D.O. | DATE<br>4/18/2005 @<br>10:00 a.m. | PLACE<br>4100 Dawnbrooke Drive, Suite 4<br>Wilmington, DE 19804 |
|---|---|---|
| Served on (Print Name)<br>Renee Hanlin | | Manner<br>records custodian |
| Served by (Print Name)<br>Carmen J. Verderamo | | Title<br>Special Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4/19/2005
          Date                                  Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
          Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
  (i) fails to allow reasonable time for compliance,
  (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena

  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Mary Lemon

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Monday, May 02, 2005 12:56 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:55 PM EDT and filed on 5/2/2005
**Case Name:**    Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 21

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bruce H. Grossinger, D.O. on 4/18/05 @ 10:00 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35846-0] [
dc19d9a865564b0f48890c45d9b5075dc44d6b3b88f09be3b324a14ef3407a94a909b8
0453db0865b482bceb9558d673a4c284cec16b34d9e1b0c1080eadb646]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:55 PM EDT and filed on 5/2/2005

**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 21

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bruce H. Grossinger, D.O. on 4/18/05 @ 10:00 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35846-0] [
dc19d9a865564b0f48890c45d9b5075dc44d6b3b88f09be3b324a14ef3407a94a909b8
0453db0865b482bceb9558d673a4c284cec16b34d9e1b0c1080eadb646]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801