# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

V.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

JoEllen Sheldon,
    Defendant.

TO:    MEDICAL RECORDS CUSTODIAN
Matthew J. Eppley, M.D.
4745 Ogletown-Stanton Road
Suite 217
Newark, DE 19713-2070

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
| --- | --- |
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | **May 11, 2005**<br>10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] for defendant | 4/15/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Matthew J. Eppley, M.D. | 4/20/2005 @ 8:00 a.m. | *NEW ADDRESS: 774 Christiana Road Newark, DE 19713 |

| Served on (Print Name) | Manner |
|---|---|
| Donna Phillips | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Carmen J. Verderamo | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on     4/25/2005
                  Date                                             Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Mary Lemon**

---

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Monday, May 02, 2005 12:54 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:53 PM EDT and filed on 5/2/2005
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 20

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Matthew J. Eppley, M.D. on 4/20/05 @ 8:00 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35843-0] [
a69368de54433a0988a2a2a04f2c66eea294951f3eb00597778a3c837ccb5176d3049b
a3fd28f3b0fd55a80807d20b4f5c0d2372375125f16dc1ca821b34e04f]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:53 PM EDT and filed on 5/2/2005
**Case Name:**      Adams v. Chapin Sheldon, et al
**Case Number:**    1:04-cv-251
**Filer:**
**Document Number:** 20

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Matthew J. Eppley, M.D. on 4/20/05 @ 8:00 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35843-0] [ a69368de54433a0988a2a2a04f2c66eea294951f3eb00597778a3c837ccb5176d3049b a3fd28f3b0fd55a80807d20b4f5c0d2372375125f16dc1ca821b34e04f]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

V.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 04-251 JJF

JoEllen Sheldon,
    Defendant.

TO:    MEDICAL RECORDS CUSTODIAN
Conrad K. King, Jr., M.D.
1700 Wawaset Street - Suite 100
Wilmington, DE 19806

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.** **Suite 200** **800 N. King Street, P.O. Box 1276** **Wilmington, Delaware 19899-1276** | **May 11, 2005** **9:30 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] for defendant | 4/15/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Conrad K. King, Jr., M.D. | 4/19/2005 @ 8:40 a.m. | 1700 Wawaset Street, Suite 100 Wilmington, DE 19806 |

| Served on (Print Name) | Manner |
|---|---|
| Erica Torres | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Carmen J. Verderamo | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4/20/2005
                Date

Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Mary Lemon

| | |
|---|---|
| **From:** | Allan_Kam@ded.uscourts.gov |
| **Sent:** | Monday, May 02, 2005 2:23 PM |
| **To:** | Mary Lemon |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "SubpoenaReturned Executed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:59 PM EDT and filed on 5/2/2005
**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 23

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Conrad K. King, Jr., M.D. on 4/19/05 @ 8:40 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35852-0] [ dec76e53b1f862898977a3364f8c72075290723 06f7c8d0b59438bd3d5f613eb5cfeb5 7e3f3970abc41c3fdb8ee4db549c03897688dfefe20e3bfaac31db2675]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman      bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

# United States District Court
### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO:    MEDICAL RECORDS CUSTODIAN
Bikash Bose, M.D.
C-79 Omega Drive
Omega Professional Center
Newark, DE 19713-2064

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A.<br>Suite 200<br>800 N. King Street, P.O. Box 1276<br>Wilmington, Delaware 19899-1276 | **May 11, 2005**<br>9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] for defendant | 4/15/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Bikash Bose, M.D. | 4/18/2005 @ 9:05 a.m. | C-79 Omega Drive, Newark, DE 19713 |

| Served on (Print Name) | Manner |
|---|---|
| Linda Przchowski | records custodian |

| Served by (Print Name) | Title |
|---|---|
| Carmen J. Verderamo | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4/19/2005
                Date                                              Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena

   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, May 02, 2005 12:33 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:32 PM EDT and filed on 5/2/2005

**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 18

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bikash Bose, M.D. on 4/18/05 9:05 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35832-0] [ b4e9473af9899c41bbec177f8fe3ab136296785ecf47f4852af3669a1b5302529e8cc4 75e01907f602e6fd035dd01c0092ef7fd6e9d2f1c84a207ea58ee87a1d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

5/2/2005

**Service of Process:**

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 5/2/2005 at 12:32 PM EDT and filed on 5/2/2005

**Case Name:**   Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 18

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian of Bikash Bose, M.D. on 4/18/05 9:05 a.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=35832-0] [
b4e9473af9899c41bbec177f8fe3ab136296785ecf47f4852af3669a1b5302529e8cc4
75e01907f602e6fd035dd01c0092ef7fd6e9d2f1c84a207ea58ee87a1d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com;dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| Ashley Adams, Plaintiff, | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| JoEllen Sheldon, Defendant. | Case Number:[1] : 04-251 JJF |

TO:  Dr. Milan Baltazar
     111 W High St
     Elkton, MD 21921-8611

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, a/k/a Ashley Vickers, a/k/a Doris Vickers, a/k/a Ashley Johnson and a/k/a Doris Johnson, DOB: 8/2/1952 or 8/2/1956.

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A., P.O. Box 1276, 800 N. King Street, Suite 200 Wilmington, DE. 19899-1276 | 12/28/2005  9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 12/17/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq. Attorney for Defendant, P.O. Box 1276, Wilmington, DE 19899-1276, (302)594-4500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

cc: Kevin Healy, Esq.

# PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Dr. Milan Baltazar | 12/12/2005 @ 1:20 p.m. | 111 West High Street, Elkton, MD 21921 |

| Served on (Print Name) | Manner |
|---|---|
| Beth Vaught | receptionist |

| Served by (Print Name) | Title |
|---|---|
| David W. Phillips | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    12/13/2005
            Date

*[Signature]*
Signature of Server

P.O. Box 368

Wilmington, DE 19899-0368
Address of Server

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena
   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to atterd trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:35 PM EST and filed on 1/11/2006

**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 52

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Milan Baltazar 111 W. High St Elkton MD on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151454-0]
[dd561de777f66b56635f2c4ee632880cabac27608f7659a83d63f82f38828d14307d
71d01fb2abee688ba2dcc4a59443f4ca99d16eca8adf2e2ce369178d2bce]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy    khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

## Mary Lemon

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Wednesday, January 11, 2006 3:35 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:35 PM EST and filed on 1/11/2006

**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 52

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Milan Baltazar 111 W. High St Elkton MD on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151454-0]
[dd561de777f66b56635f2c4ee632880cabac27608f7659a83d63f82f38828d14307d
71d01fb2abee688ba2dcc4a59443f4ca99d16eca8adf2e2ce369178d2bce]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy    khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

1/11/2006

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

| | |
|---|---|
| Ashley Adams, Plaintiff,<br>V.<br>JoEllen Sheldon, Defendant. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] : 04-251 JJF |

TO:  Dr. Rodney Baltazar
     721 Bridge Street
     Elkton, MD 21921

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, a/k/a Ashley Vickers, a/k/a Doris Vickers, a/k/a Ashley Johnson and a/k/a Doris Johnson, DOB: 8/2/1952 or 8/2/1956.

| PLACE | DATE AND TIME |
|---|---|
| Casarino, Christman & Shalk, P.A., P.O. Box 1276, 800 N. King Street, Suite 200 Wilmington, DE. 19899-1276 | 12/28/2005  9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* B.H.C. | 12/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Beth H. Christman, Esq. Attorney for Defendant, P.O. Box 1276, Wilmington, DE 19899-1276, (302)594-4500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

cc: Kevin Healy, Esq.

**Service of Process:**
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:33 PM EST and filed on 1/11/2006
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 51

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Rodney Baltazar 721 Bridge St Elkton MD on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151451-0]
[de0b657078bf545226a90c6997704693ec191515c8d7c20ec5c868568681433de1d7
dc26d44f1756b18edc6b8d7e4be9bb73c9545301e008583b71f6a3a11ccf]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy    khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

# Mary Lemon

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Wednesday, January 11, 2006 3:34 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** **You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:33 PM EST and filed on 1/11/2006
**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 51

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Rodney Baltazar 721 Bridge St Elkton MD on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151451-0]
[de0b657078bf545226a90c6997704693ec191515c8d7c20ec5c868568681433de1d7
dc26d44f1756b18edc6b8d7e4be9bb73c9545301e008583b71f6a3a11ccf]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy     khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

1/11/2006