# United States District Court

## DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley Adams,<br>    Plaintiff, | |
| v. | **SUBPOENA IN A CIVIL CASE**<br>**CASE NUMBER:** 04-251 JJF |
| JoEllen Sheldon,<br>    Defendant. | |

TO:    MEDICAL RECORDS CUSTODIAN
        Ganesh Balu, M.D.
        742 South Governors Avenue, Suite 4,
        Dover, DE 19904

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**X**    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    **Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, a/k/a Ashley Vickers, a/k/a Doris Vickers, a/k/a Ashley Johnson and a/k/a Doris Johnson, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.**<br>**800 N. King Street, Suite 200**<br>**P.O. Box 1276**<br>**Wilmington, Delaware 19899-1276** | **December 8, 2005**<br>**11:00 a.m.** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    Attorney For Defendant | 11/16/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

    Beth H. Christman, Esq.,
    Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200,
    P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.
       Charles S. Cooper, Esq.
       Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED<br>Ganest Balu, M.D. | DATE<br>11/22/2005 @<br>2:58 p.m. | PLACE<br>742 South Governors Avenue, Suite 4,<br>Dover, DE 19904 |
|---|---|---|

| Served on (Print Name)<br>Jessica McDonald | Manner<br>receptionist |
|---|---|

| Served by (Print Name)<br>David W. Phillips | Title<br>Special Process Server |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/25/2005___                    _David W. Phillips_
               Date                                              Signature of Server

_____P.O. Box 368_____

___Wilmington, DE 19899-0368___
                   Address of Server

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of

this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena

   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, December 05, 2005 2:25 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:25 PM EST and filed on 12/5/2005

| | |
|---|---|
| **Case Name:** | Adams v. Chapin Sheldon, et al |
| **Case Number:** | 1:04-cv-251 |
| **Filer:** | |
| **Document Number:** | 42 |

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Ganesh Balu, M.D. on 11/22/2005 2:58 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135027-0]
[a68b70b40050f69c8f2245e688e23e69bac9aa810f6432a2c078bf77ca07a87c44d6
565cbcfcf701605dcd01c052a0a86c156d88eb837b9d17a8cf27cc84d96d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

12/5/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:25 PM EST and filed on 12/5/2005

**Case Name:**      Adams v. Chapin Sheldon, et al
**Case Number:**    1:04-cv-251
**Filer:**
**Document Number:** 42

**Docket Text:**
SUBPOENA Returned Executed as to Medical Records Custodian, Ganesh Balu, M.D. on 11/22/2005 2:58 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135027-0]
[a68b70b40050f69c8f2245e688e23e69bac9aa810f6432a2c078bf77ca07a87c44d6
565cbcfcf701605dcd01c052a0a86c156d88eb837b9d17a8cf27cc84d96d]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman      bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court

### DISTRICT OF DELAWARE

Ashley Adams,
    Plaintiff,

            v.

JoEllen Sheldon,
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-251 JJF

TO:    Records Custodian    **Duces Tecum**
       **Union Hospital**
       **106 Bow Street**
       **Elkton, MD 21921**

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE and Time |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X**    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

      **Any and all medical records, reports, notes, test results, in your possession or available to you for Ashley Adams, a/k/a Doris Adams, sometimes known as Ashley Vickers, Doris Vickers, Ashley Johnson and Doris Johnson; DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.**<br>**Suite 200**<br>**800 N. King Street, P.O. Box 1276**<br>**Wilmington, Delaware 19899-1276** | **December 7, 2005**<br>10:00 a.m. |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 11/16/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

*for defendant*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.
      Charles S. Cooper, Esq.
       Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED<br>**Union Hospital** | DATE<br>**11/18/2005 @**<br>**1:05 p.m.** | PLACE<br>**106 Bow Street**<br>**Elkton, MD  21921** |
|---|---|---|
| Served on (Print Name)<br>**Donna Frick** | | Manner<br>**records custodian** |
| Served by (Print Name)<br>**David W. Phillips** | | Title<br>**Special Process Server** |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___**11/21/2005**___
Date

_David W. Phillips_
Signature of Server

**P.O. Box 368**

**Wilmington, DE 19899-0368**
Address of Server

---

## Superior Court Civil Rule 45, Parts C, D & E:

**(c) Protection of Persons Subject to Subpoenas.**

**(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.**

**(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.**

**(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.**

**(3)(A) On timely motion, the Court shall quash or modify the subpoena if it::**
  **(i) fails to allow reasonable time for compliance,**
  **(ii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or**
  **(iii) subjects a person to undue burden.**

**(B) If a subpoena**

  **(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:**
  **(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.**

**(d) Duties In Responding to Subpoena.**

**(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.**

**(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.**

**(e) Contempt.**

  **Failure by an person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of court.**

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, December 05, 2005 2:23 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:23 PM EST and filed on 12/5/2005

**Case Name:**      Adams v. Chapin Sheldon, et al
**Case Number:**      1:04-cv-251
**Filer:**
**Document Number:** 41

**Docket Text:**
SUBPOENA Returned Executed as to Records Custodian, Union Hospital on 11/18/2005 1:05 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135023-0]
[4fe680f44ce93ebd1a0c1adba90e8c0844ba8eab7145c5dfd59b6dcf8d9040fc5810
64bfacba82129af66c9676dbb6afc9929da5aa5cd74554ad84f7ced3b891]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman      bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

12/5/2005

**Service of Process:**

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:23 PM EST and
filed on 12/5/2005

**Case Name:**        Adams v. Chapin Sheldon, et al
**Case Number:**      1:04-cv-251
**Filer:**
**Document Number:** 41

**Docket Text:**
SUBPOENA Returned Executed as to Records Custodian, Union Hospital on 11/18/2005 1:05 p.m.
(Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135023-0]
[4fe680f44ce93ebd1a0c1adba90e8c0844ba8eab7145c5dfd59b6dcf8d9040fc5810
64bfacba82129af66c9676dbb6afc9929da5aa5cd74554ad84f7ced3b891]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley Adams,<br>     Plaintiff, | |
| v. | **SUBPOENA IN A CIVIL CASE** |
| JoEllen Sheldon,<br>     Defendant. | CASE NUMBER: 04-251 JJF |

TO:    Records Custodian    **Duces Tecum**
        City Pharmacy of Elkton, Inc.
        721 N. Bridge Street
        Elkton, MD 21921
        (410) 620-3579

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE and Time |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**X**    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

      **Any and all prescription printout records in your possession or available to you for Ashley Adams, a/k/a Doris Adams, sometimes known as Ashley Vickers, Doris Vickers, Ashley Johnson and Doris Johnson; DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.**<br>**Suite 200**<br>**800 N. King Street, P.O. Box 1276**<br>**Wilmington, Delaware 19899-1276** | **December 7, 2005**<br>9:00 a.m. |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

      Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 11/16/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

      Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, P.O. Box 1276, Wilmington, DE 19899

*[handwritten: for Defendant]*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Joseph M. Jachetti, Esq.
       Charles S. Cooper, Esq.
       Plaintiff's attorneys

# PROOF OF SERVICE

| SERVED<br>City Pharmacy of Elkton, Inc. | DATE<br>11/18/2005 @<br>1:14 p.m. | PLACE<br>721 North Bridge Street,<br>Elkton, MD  21921 |
|---|---|---|
| Served on (Print Name)<br>Henry Bruno | | Manner<br>pharmicist |
| Served by (Print Name)<br>David W. Phillips | | Title<br>Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/21/2005___
Date

_David W. Phillips_
Signature of Server

__P.O. Box 368__

__Wilmington, DE 19899-0368__
Address of Server

---

## Superior Court Civil Rule 45, Parts C, D & E:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it::
   (i) fails to allow reasonable time for compliance,
   (ii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iii) subjects a person to undue burden.

(B) If a subpoena

   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(e) Contempt.

Failure by an person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of court.

## Mary Lemon

**From:**     ded_nefreply@ded.uscourts.gov
**Sent:**     Monday, December 05, 2005 2:21 PM
**To:**       ded_ecf@ded.uscourts.gov
**Subject:**  Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:20 PM EST and filed on 12/5/2005

**Case Name:**          Adams v. Chapin Sheldon, et al
**Case Number:**        1:04-cv-251
**Filer:**
**Document Number:** 40

**Docket Text:**
SUBPOENA Returned Executed as to Records Custodian, City Pharmacy of Elkton, Inc. on 11/18/2005 1:14 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135020-0]
[2e27611f370d16912d05376d704716ef56ca69a984f34e10861b4a01b48482f7e0f0
1fb5b4d731065fdd0eefaf3f975a38b8de4d33a1b5ad2581ef386f52a6d0]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

12/5/2005

## Service of Process:

1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 12/5/2005 at 2:20 PM EST and filed on 12/5/2005

**Case Name:**          Adams v. Chapin Sheldon, et al
**Case Number:**        1:04-cv-251
**Filer:**
**Document Number:** 40

**Docket Text:**
SUBPOENA Returned Executed as to Records Custodian, City Pharmacy of Elkton, Inc. on 11/18/2005 1:14 p.m. (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2005] [FileNumber=135020-0]
[2e27611f370d16912d05376d704716ef56ca69a984f34e10861b4a01b48482f7e0f0
1fb5b4d731065fdd0eefaf3f975a38b8de4d33a1b5ad2581ef386f52a6d0]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

**1:04-cv-251 Notice will be delivered by other means to:**

Joseph Michael Jachetti
Law Offices of Joseph M. Jachetti
824 Market Street
Suite 805
Wilmington, DE 19801

# United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley Adams,<br>    Plaintiff, | |
| v. | **SUBPOENA IN A CIVIL CASE** |
| JoEllen Sheldon,<br>    Defendant. | CASE NUMBER:  04-251 JJF |

TO:    MEDICAL RECORDS CUSTODIAN
Dr. Hi Sup Sim
319 S. Union Avenue
Havre De Grace, MD 21078

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**X**    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you for Ashley Adams, a/k/a Doris Adams, a/k/a Ashley Vickers, a/k/a Doris Vickers, a/k/a Ashley Johnson and a/k/a Doris Johnson, DOB: 8/2/1952 or 8/2/1956.**

| PLACE | DATE AND TIME |
|---|---|
| **Casarino, Christman & Shalk, P.A.**<br>**Suite 200**<br>**800 N. King Street, P.O. Box 1276**<br>**Wilmington, Delaware 19899-1276** | **December 27, 2005**<br>9:00 a.m. |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 3o(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ , Attorney for defendant | 12/5/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq., Casarino, Christman & Shalk, P.A., 800 N. King Street,  Suite 200, P.O. Box 1276, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

cc:    Kevin G. Healy, Esq.
       Attorneys for Plaintiff

**PROOF OF SERVICE**

| SERVED | DATE | PLACE |
|---|---|---|
| Dr. Hi Sup Sim | 12/7/2005 @ 3:05 p.m. | 319 South Union Avenue, Havre De Grace, MD  21078 |

| Served on (Print Name) | Manner |
|---|---|
| Sandra Gallion | office manager |

| Served by (Print Name) | Title |
|---|---|
| David W. Phillips | Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    12/8/2005
_____
Date

_David W. Phillips_
_____
Signature of Server

P.O. Box 368
_____

Wilmington, DE 19899-0368
_____
Address of Server

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of

this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Service of Process:**
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:25 PM EST and filed on 1/11/2006

**Case Name:**        Adams v. Chapin Sheldon, et al
**Case Number:**      1:04-cv-251
**Filer:**
**Document Number:** 46

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Hi Sup Sim on 12/7/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151421-0]
[38c74658fdb780932cbd62ba447c490ad53d8cd10048236b6b89eae23a840f50cb23
dd988a04486943c24393308dd0836b052c814db69110b893e9693c0e4ff1]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy     khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Wednesday, January 11, 2006 3:25 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:25 PM EST and filed on 1/11/2006

| | |
|---|---|
| **Case Name:** | Adams v. Chapin Sheldon, et al |
| **Case Number:** | 1:04-cv-251 |
| **Filer:** | |
| **Document Number:** | 46 |

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Hi Sup Sim on 12/7/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151421-0]
[38c74658fdb780932cbd62ba447c490ad53d8cd10048236b6b89eae23a840f50cb23
dd988a04486943c24393308dd0836b052c814db69110b893e9693c0e4ff1]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy     khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

SU

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

Ashley Adams, Plaintiff,

V.

JoEllen Sheldon, Defendant.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] : 04-251 JJF

TO:  Dr. Frank J. Falco
100 Becks Woods Drive, Suite 102
Bear, DE. 19701

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all medical records, reports, notes, billing information, reports of diagnostic testing, complaints, claims forms, and any other information in your possession or available to you  for Ashley Adams, a/k/a Doris Adams, a/k/a Ashley Vickers, a/k/a Doris Vickers, a/k/a Ashley Johnson and a/k/a Doris Johnson, DOB: 8/2/1952 or 8/2/1956.

| PLACE  Casarino, Christman & Shalk, P.A., P.O. Box 1276, 800 N. King Street, Suite 200  Wilmington, DE. 19899-1276 | DATE AND TIME  12/28/2005  9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  12/7/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Beth H. Christman, Esq. Attorney for Defendant, P.O. Box 1276, Wilmington, DE 19899-1276, (302)594-4500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

cc: Kevin Healy, Esq.

# PROOF OF SERVICE

| SERVED<br>Dr. Frank Falco | DATE<br>12/12/2005 @<br>1:55 p.m. | PLACE<br>100 Becks Wood Drive, Suite 102,<br>Bear, DE  19701 |
|---|---|---|
| Served on (Print Name)<br>Robin Mills | | Manner<br>receptionist |
| Served by (Print Name)<br>David W. Phillips | | Title<br>Special Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on    **12/13/2005**

Date

Signature of Server

**P.O. Box 368**

**Wilmington, DE 19899-0368**

Address of Server

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lest earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the Inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it::
  (i) fails to allow reasonable time for compliance,
  (ii) requires a person who is not a party or an office of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in Person, except that subject to the provision of clause (c)(3)(B)(iii) of

this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held ;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena

  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or:
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  Duties In Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Service of Process:
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:27 PM EST and filed on 1/11/2006

**Case Name:**          Adams v. Chapin Sheldon, et al
**Case Number:**        1:04-cv-251
**Filer:**
**Document Number:** 47

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Frank J. Falco on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151427-0]
[5f7bbb5f11ab642ad434b8332aeef08f8baaee39ba5d4a00514d4631ac879bba7445
bd333005abdb5bc849c30448f35e117b62a80b0f72fb3418f9b728b18c08]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy     khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**

## Mary Lemon

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Wednesday, January 11, 2006 3:27 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al "Subpoena Returned Executed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Christman, Beth entered on 1/11/2006 at 3:27 PM EST and filed on 1/11/2006

**Case Name:**    Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 47

**Docket Text:**
SUBPOENA Returned Executed as to Dr. Frank J. Falco on 12/12/2005 (Christman, Beth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2006] [FileNumber=151427-0]
[5f7bbb5f11ab642ad434b8332aeef08f8baaee39ba5d4a00514d4631ac879bba7445
bd333005abdb5bc849c30448f35e117b62a80b0f72fb3418f9b728b18c08]]

**1:04-cv-251 Notice will be electronically mailed to:**

Beth H. Christman    bchristman@casarino.com, mlemon@casarino.com; dlepre@casarino.com

Kevin G. Healy    khealy@morrisjames.com,

**1:04-cv-251 Notice will be delivered by other means to:**