UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS : | |
| 716 North Barrett Lane : | |
| Christiana, DE 19702 : | DISTRICT COURT |
|     PLAINTIFF : | |
| : | |
|     v. : | No. 04-251 JJF |
| : | |
| JO ELLEN CHAPEN SHELDON : | |
| 708 Pebble Beach Drive : | |
| Elkton, MD 21921 : | |
|     DEFENDANT : | |

**NOTICE OF RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

TO:  Ms. Ashley Adams
      P.O. Box 7652
      Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY at a time convenient to the court.

          /S/Beth H. Christman
          BETH H. CHRISTMAN, ESQ.
          I.D. No. 2107
          Casarino, Christman & Shalk, P.A.
          800 N. King Street, Suite 200
          P.O. Box 1276
          Wilmington, DE 19899
          (302) 594-4500
          Attorney for Defendant

Date:    September 13, 2007