# EXHIBIT A

Case 1:04-cv-00251-JJF   Document 104-4   Filed 09/13/2007   Page 1 of 6

# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

January 3, 2007

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

RE:   Adams v. Sheldon

Dear Ms. Adams:

    In accordance with our discussion of today, I am attaching copies of all of the medical records and bills in my file, a copy of the Rule 26(a) disclosures sent to me by your previous attorneys and a copy of the Rule 26(a) disclosures I previously sent to your attorneys early in this case. The medical records I am enclosing are as follow:

a) Christiana Care Health Services,
b) Conrad K. King, Jr., M.D.
c) Bikash Bose, M.D.
d) Union Hospital of Cecil County
e) Delaware Open MRI
f) J. Douglas Patterson, M.D.
g) Bruce J. Rudin, M.D.
h) Eric C. Marks, M.D./First State Health & Wellness
i) Bruce Grossinger, M.D.
k) Happy Harry's
l) Dai O. Moon, M.D.
m) Union Hospital
n) Madhu Sachdev, M.D.
o) City Pharmacy of Elkton
p) Ganesh Balu, M.D.
q) Dr. Hsu
r) Dr. Roland Baltazar
s) Mid Atlantic Spine
t) Eckerds Pharmacy
u) Rite Aid
v) Dr. Andrew Reisman
w) Dr. Brian Galinet

*Ms. Ashley Adams*
*Page 2*
*re:   Adams v. Sheldon*
*January 3, 2007*


      I am providing these to you subject to my objections to your Requests for Production so you will have all of these records in the event that your previous attorneys did not provide them to you.

                          Very truly yours,


                          BETH H. CHRISTMAN

/mbl
enclosures

cc:   The Honorable Joseph J. Farnan, III



**Mary Lemon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Friday, January 19, 2007 11:55 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al Letter |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Christman, Beth on 1/19/2007 at 11:55 AM EST and filed on 1/19/2007
**Case Name:**     Adams v. Chapin Sheldon, et al
**Case Number:**   1:04-cv-251
**Filer:**
**Document Number:** 73

**Docket Text:**
Letter to Ashley Adams from Beth H. Christman, Esq. regarding sending her copies of all medical records and bills in defense counsel file, rule 26(a) disclosures from her previous attorneys, rule 26(a) disclosures of defense counsel. (Christman, Beth)


**1:04-cv-251 Notice has been electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, dlepre@casarino.com, mlemon@casarino.com

**1:04-cv-251 Notice has been delivered by other means to:**

Ashley Adams
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/19/2007] [FileNumber=330464-0]

1/19/2007

[45f95f340ca9a93a16a5ce06ed9ce4865ea3b5006fdb77e823646f8ba866cb5d555d
3c6cdb28ea774f8efc69793500dfd0a21a23f3f960603f152adb086bc6cf]]

1/19/2007

Other Documents
1:04-cv-00251-JJF Adams v. Chapin Sheldon, et al
PaperDocuments

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Christman, Beth on 1/19/2007 at 11:55 AM EST and filed on 1/19/2007
**Case Name:** Adams v. Chapin Sheldon, et al
**Case Number:** 1:04-cv-251
**Filer:**
**Document Number:** 73

**Docket Text:**
Letter to Ashley Adams from Beth H. Christman, Esq. regarding sending her copies of all medical records and bills in defense counsel file, rule 26(a) disclosures from her previous attorneys, rule 26(a) disclosures of defense counsel. (Christman, Beth)


**1:04-cv-251 Notice has been electronically mailed to:**

Beth H. Christman     bchristman@casarino.com, dlepre@casarino.com, mlemon@casarino.com

**1:04-cv-251 Notice has been delivered by other means to:**

Ashley Adams
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/19/2007] [FileNumber=330464-0]
[45f95f340ca9a93a16a5ce06ed9ce4865ea3b5006fdb77e823646f8ba866cb5d555d
3c6cdb28ea774f8efc69793500dfd0a21a23f3f960603f152adb086bc6cf]]