CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on the 13th day of September, 2007 and by placing in the U.S. mail, certified mail, return receipt requested, two true and correct copies of the following document: **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE 19714
    CERTIFIED MAIL #7007 0220 0004 4339 2063

> CASARINO, CHRISTMAN & SHALK, P.A.
>
> /s/Beth H. Christman
> BETH H. CHRISTMAN, ESQ.
> Del. Bar ID No. 2107
> 800 N. King Street, Suite 200
> P.O. Box 1276
> Wilmington, DE 19899-1276
> (302) 594-4500
> Attorneys for Defendant Sheldon