```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

ASHLEY ADAMS                          :
716 North Barrett Lane                :
Christiana, DE 19702                  :   DISTRICT COURT
      PLAINTIFF                       :
                                      :
      v.                              :   No. 04-251 JJF
                                      :
JO ELLEN CHAPEN SHELDON               :
708 Pebble Beach Drive                :
Elkton, MD 21921                      :
      DEFENDANT                       :

### NOTICE OF DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA FOR DEFENDANT'S GYNECOLOGICAL RECORDS

TO:   Ms. Ashley Adams
      P.O. Box 7652
      Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached Motion to Quash Plaintiff's Subpoena for Defendant's Gynecological Records at a time convenient to the court.

```
                           /S/Beth H. Christman
                           BETH H. CHRISTMAN, ESQ.
                           I.D. No. 2107
                           Casarino, Christman & Shalk, P.A.
                           800 N. King Street, Suite 200
                           P.O. Box 1276
                           Wilmington, DE 19899
                           (302) 594-4500
                           Attorney for Defendant
```
Date:   September 14, 2007