UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                          :
716 North Barrett Lane                :
Christiana, DE 19702                  :      DISTRICT COURT
        PLAINTIFF                     :
                                      :
        v.                            :      No. 04-251 JJF
                                      :
JO ELLEN CHAPEN SHELDON               :
708 Pebble Beach Drive                :
Elkton, MD 21921                      :
        DEFENDANT                     :


**ORDER**

IT IS HEREBY ORDERED this _____ day of _____,

2007, that Defendant's Motion to Quash the Subpoena for medical

records from The Woman's Place, Molly McBride, M.D. is GRANTED

and the following Sanctions are awarded against the Plaintiff for

the serving of that Subpoena:

_____

_____

_____


                                   _____
                                   Joseph J. Farnan, Jr.