CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on the 14th day of September, 2007 and by placing in the U.S. mail, certified mail, return receipt requested, two true and correct copies of the following document: **DEFENDANT'S MOTION TO QUASH THE SUBPOENA FOR DEFENDANT'S GYNECOLOGICAL RECORDS**

addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE 19714
    CERTIFIED MAIL # 7007 0220 0004 4339 2087

    CASARINO, CHRISTMAN & SHALK, P.A.

    /s/Beth H. Christman
    BETH H. CHRISTMAN, ESQ.
    Del. Bar ID No. 2107
    800 N. King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899-1276
    (302) 594-4500
    Attorneys for Defendant Sheldon