IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS,                           :
                                        :
         Plaintiff,                     :
                                        :
    v.                                  : Civil Action No. 04-251-JJF
                                        :
JO ELLEN CHAPIN SHELDON,                :
                                        :
         Defendant.                     :

### O R D E R

WHEREAS, due to a scheduling conflict the Pretrial Conference scheduled for **Thursday, October 4, 2007 at 10:00 a.m.,** will be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Friday, October 19, 2007 at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Plaintiff and Counsel should be available during the 120 day period for trial.

September 14, 2007                              _[signature]_
DATE                                     UNITED STATES DISTRICT JUDGE