UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
| DEFENDANT. | : | |

## NOTICE OF MOTION

TO:  Ms. Ashley Adams
     P.O. Box 7652
     Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached **DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF JO ELLEN SHELDON** at a time convenient to the Court.

　　　　　　　　　　　　　　　/S/Beth H. Christman
　　　　　　　　　　　　　　BETH H. CHRISTMAN, ESQ.
　　　　　　　　　　　　　　I.D. No. 2107
　　　　　　　　　　　　　　Casarino, Christman & Shalk, P.A.
　　　　　　　　　　　　　　800 N. King Street, Suite 200
　　　　　　　　　　　　　　P.O. Box 1276
　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　(302) 594-4500
　　　　　　　　　　　　　　Attorney for Defendant

Date:     October 3, 2007