```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
| | : | |
|     PLAINTIFF, | : | |
| | : | |
|     v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
|     DEFENDANT. | : | |

## ORDER

On this _____ day of _____, 2007, it is hereby ordered that Defendant's Motion for Protective Order to prohibit Plaintiff from conducting a second deposition of Defendant is hereby **GRANTED** and Plaintiff's Motion to Compel Deposition of Jo Ellen Sheldon is **DENIED** for the reasons stated in Defendant's response.

_____

                                                                           J.