**EXHIBIT B**

Ashley Adams
PO Box 7652
Newark, DE 19714


January 26, 2007


Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant


RE: **DEPOSITION SCHEDULE**


Ms Christman,

    Please provide me with (4) four dates in February 2007, to schedule a deposition with Defendant, Jo Ellen Sheldon.

Regards,

*[signature: Ashley Adams]*
Ashley Adams