**EXHIBIT C**

# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

January 29, 2007

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

re:   Adams v. Sheldon

Dear Ms. Adams:

I have your letter of January 26 requesting four dates in February of 2007 to schedule my client's deposition. My client has already been deposed by videoconference in this matter on July 6, 2005. You were in attendance for that deposition. Thus, I must object to any further depositions of my client at this time.

Very truly yours,

BETH H. CHRISTMAN

/mbl