**EXHIBIT E**

# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

February 27, 2007

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

**RE:   Adams v. Sheldon**

Dear Ms. Adams:

I am responding to your letter of February 8. As I have indicated previously, my client was already deposed at length regarding the accident involved in this case. I therefore continue to object to having her deposition taken again.

Furthermore, I have provided the telephone documents that I was able to obtain regarding my client's cell phone calls and I have nothing further to provide as to her phone records.

Very truly yours,

BETH H. CHRISTMAN

/mbl