CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on the 3rd day of October, 2007 and by placing in the U.S. mail, certified mail, return receipt requested, two true and correct copies of the following document: **DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF JO ELLEN SHELDON**.

addressed to:

Ashley Adams
P.O. Box 7652
Newark, DE 19714
    Certified Mail Return Receipt # 7007 0220 0004 4339 2155

    CASARINO, CHRISTMAN & SHALK, P.A.

    /s/Beth H. Christman
    BETH H. CHRISTMAN, ESQ.
    Del. Bar ID No. 2107
    800 N. King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899-1276
    (302) 594-4500
    Attorney for Defendant Sheldon