UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS | : | |
| 716 North Barrett Lane | : | |
| Christiana, DE 19702 | : | DISTRICT COURT |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | No. 04-251 JJF |
| | : | |
| JO ELLEN CHAPEN SHELDON | : | |
| 708 Pebble Beach Drive | : | |
| Elkton, MD 21921 | : | |
| | : | TRIAL BY JURY DEMANDED |
| DEFENDANT. | : | |

## NOTICE OF MOTION

TO:  Ms. Ashley Adams
      P.O. Box 7652
      Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached **Defendant's Response to Plaintiff's Motion for Fees For Expert Witness Report(s) From Defendant** at a time convenient to the Court.

/S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Date:    October 4, 2007