```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                        :
716 North Barrett Lane              :
Christiana, DE 19702                :     DISTRICT COURT
     PLAINTIFF                      :
                                    :
     v.                             :     No. 04-251 JJF
                                    :
JO ELLEN CHAPEN SHELDON             :
708 Pebble Beach Drive              :
Elkton, MD 21921                    :
                                    :     TRIAL BY JURY DEMANDED
     DEFENDANT                      :
```

### ORDER

IT IS HEREBY ORDERED that plaintiff Ashley Adams' Motion for Fees For Expert Witness Report(s) From Defendant is **DENIED** this ___ day of _____ , 2007.

_____
J.