**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-251-JJF |
| JO ELLEN CHAPIN SHELDON, | : |
| Defendant. | : |

### RULE 16 SCHEDULING ORDER

The Rule 16 Scheduling Order entered in the above-captioned case has expired (D.I. 17);

IT IS ORDERED that:

1. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be completed by **February 28, 2007**.

    (b) Maximum of **25** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **25** requests for admission by each side.

    (d) Maximum of **5** depositions by plaintiff(s) and **5** by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 1(a, b and c) is completed.

    (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party which has the burden

of proof by **April 30, 2007**; Rebuttal report are due by **May 31, 2007.**

    2.  **Discovery Disputes.**

    (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

    (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    3.  **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **July 2,**

2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

  4. **Applications by Motion.**

  (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

  (b) No facsimile transmissions will be accepted.

  (c) No telephone calls shall be made to Chambers.

  (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

  5. **Pretrial Conference.** A Pretrial Conference will be held on **Thursday, October 4, 2007 at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington,

Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

6. **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Plaintiff and Counsel should be available during the 120 day period for trial.

December 7, 2006
DATE

UNITED STATES DISTRICT JUDGE