**CERTIFICATE OF SERVICE**

I, Beth H. Christman, hereby certify that I have served the original by U.S. District Court e-filing on this 4th day of October, 2007, and by certified mail, return receipt requested, two true and correct copies of the attached <u>Defendant's Response to Plaintiff's Motion for Fees For Expert Witness Report(s) From Defendant</u>, addressed to:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714
    **Certified Mail Return Receipt # 7007 0220 0004 4339 2162**

 

                                           /S/Beth H. Christman
                                           BETH H. CHRISTMAN, ESQ.
                                           I.D. No. 2107
                                           Casarino, Christman & Shalk, P.A.
                                           800 N. King Street, Suite 200
                                           P.O. Box 1276
                                           Wilmington, DE 19899
                                           (302) 594-4500
                                           Attorney for Defendant