IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 04-251-JJF |
| JO ELLEN CHAPIN SHELDON, | : |
| Defendant. | : |

O R D E R

At Wilmington, this 5 day of October, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Summary Judgment (D.I. 79) is **DENIED** without prejudice with leave to renew.

2. Plaintiff's Motion To Deny/Dismiss Defendant's Motion For Summary Judgment (D.I. 84) is **DENIED**.

3. Plaintiff's Motion For Enlargement Of Time For Response Of Plaintiff To Defendant's Motion For Summary Judgment (D.I. 86) is **GRANTED**.

4. Plaintiff's Motion For Order For Procedures For Filing Summary Judgment Motions (D.I. 87) is **DENIED** as **moot**.

5. Plaintiff's Motion For Fees For Expert Witness Report(s) From Defendant (D.I. 93) is **DENIED**.

6. Plaintiff shall **SUBMIT/PROVIDE** expert reports within **seven (7) days** from the date of this Order.

7.  If necessary, Defendant is given **LEAVE** to file a motion for additional time to obtain expert rebuttal reports.

                                                                            */s/ Joseph J. Farnan, Jr.*
                                                           UNITED STATES DISTRICT JUDGE