UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702 | :<br>:<br>:<br>: | DISTRICT COURT |
| PLAINTIFF, | : | |
| v. | :<br>: | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | :<br>:<br>:<br>: | |
| | : | TRIAL BY JURY DEMANDED |
| DEFENDANT. | : | |

**DEFENDANT'S NOTICE OF MOTION FOR RE-ARGUMENT
OF ORDER COMPELLING ADDITIONAL DEPOSITION OF DEFENDANT**

TO:  Ms. Ashley Adams
     P.O. Box 7652
     Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached **DEFENDANT'S MOTION FOR RE-ARGUMENT OF ORDER COMPELLING ADDITIONAL DEPOSITION OF JO ELLEN SHELDON** at a time convenient to the Court.

      /S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Date:    October 10, 2007