CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on the  10th   day of October, 2007 and by placing in the U.S. mail, certified mail, return receipt requested, two true and correct copies of the following document: **DEFENDANT'S MOTION FOR RE-ARGUMENT OF ORDER COMPELLING ADDITIONAL DEPOSITION OF DEFENDANT**.

addressed to:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714
    Certified Mail Return Receipt #7007 0220 0004 4339 2193

                                      CASARINO, CHRISTMAN & SHALK, P.A.

                                       /s/Beth H. Christman
                                      BETH H. CHRISTMAN, ESQ.
                                      Del. Bar ID No. 2107
                                      800 N. King Street, Suite 200
                                      P.O. Box 1276
                                      Wilmington, DE 19899-1276
                                      (302) 594-4500
                                      Attorney for Defendant Sheldon