Ashley Adams
PO Box 7652
Newark, DE 19714

October 10, 2007

Casarino, Christman & Shalk, P.A.
Beth Christman
800 N King Street, Suite 200
PO Box 1276
Wilmington, DE 19899

United States District Court
The Honorable Judge Farnan
844 N King Street
Lockbox 18
Wilmington, DE 19801-3570

04-251

Greetings:

Plaintiff, Ashley Adams, asks the Honorable Court to allow her explanation of her subpoena for Defendant's gynecological records.

Defendant answered an interrogatory question stating that she was treating with Dr. Molly McBride for muscle spasms. Plaintiff was attempting to confirm the time frame and discredit her prior testimony where Defendant claims 'no injury'. Defendant has provided many inconsistencies in her statements. Defendant also testified to not even seeing a physician as a result of this automobile collision, or not even discussing the occurrence of an automobile collision with any physician, when she unilaterally testifies to being treated for 'muscle spasms'. The conflicts in her testimony are obvious to suspect.

Plaintiff apologizes to the Court and the Defendant, and Defendant's Counsel if this appeared to be inappropriate, and Plaintiff can see the timing of this subpoena following a Motion by the Plaintiff addressing similar concerns, seemingly untimely. Plaintiff acted on notice of an interrogatory response that Plaintiff believed to prove that in fact that the Defendant sustained injuries, but offers testimony that the Defendant did not sustain injuries to minimize the appearance of damages of the automobile accident, relevant or not.

Plaintiff has no interest in any information about the Defendant other than what is relevant to this case.

Regards,

Ashley Adams