UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE 19702<br>  Mailing address:<br>  PO Box 7652<br>  Newark, DE 19714<br><br>    PLAINTIFF<br><br>v<br><br>JO ELLEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  DISTRICT COURT<br>:<br>:<br>:  No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:<br>:  JURY TRIAL |

**NOTICE OF FILING – EXPERT REPORTS**

Plaintiff, Ashley Adams, pro se, hereby responds with 'expert reports' per order dated October 05, 2007, mailed by the Court on October 09, 2007, and received by the Plaintiff on October 10, 2007.

Herein attached is a copy of the expert report from Dr. Conrad King/Dr. Damon Carey.

'Expert Reports' were requisitioned in August 2007 from two (2) additional experts, but have not been received by Plaintiff at this time.

As further information becomes available, Plaintiff, will supply the Court and Defense counsel those reports.

Please file the 'expert report' under **'SEAL'**.

Thank you,

Ashley Adams

*Ashley Adams* (signature)

Dated: October 10, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>   PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>   DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:  DISTRICT COURT<br>:<br>:<br>:<br>:  No. 04-251 JJF<br>:<br>:<br>:<br>:<br>:  JURY TRIAL<br>: |

### NOTICE OF SERVICE

I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:

**EXPERT REPORTS – DR. CONRAD KING/DR. DAMON CAREY**

To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

By *Ashley Adams* (signature)

Ashley Adams
PO Box 7652
Newark, DE  19714
   Plaintiff, *pro se*

Dated: October 10, 2007

ffice of the Clerk
States District Court
<ing Street, Lockbox 18
on, Delaware 19801-3570

OFFICIAL BUSINESS



049J82023030
$00.92⁰
10/09/2007
Mailed From 19801
US POSTAGE

Ashley Adams
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

1971437652 B010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS,                    :
                                 :
        Plaintiff,               :
                                 :
    v.                           :  Civ. Action No. 04-251-JJF
                                 :
JO ELLEN CHAPIN SHELDON,         :
                                 :
        Defendant.               :

## O R D E R

At Wilmington, this $\underline{5}$ day of October, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Summary Judgment (D.I. 79) is **DENIED** without prejudice with leave to renew.

2. Plaintiff's Motion To Deny/Dismiss Defendant's Motion For Summary Judgment (D.I. 84) is **DENIED**.

3. Plaintiff's Motion For Enlargement Of Time For Response Of Plaintiff To Defendant's Motion For Summary Judgment (D.I. 86) is **GRANTED**.

4. Plaintiff's Motion For Order For Procedures For Filing Summary Judgment Motions (D.I. 87) is **DENIED** as **moot**.

5. Plaintiff's Motion For Fees For Expert Witness Report(s) From Defendant (D.I. 93) is **DENIED**.

6. Plaintiff shall **SUBMIT/PROVIDE** expert reports within **seven (7) days** from the date of this Order.

7.  If necessary, Defendant is given **LEAVE** to file a motion for additional time to obtain expert rebuttal reports.

                                          _____
                                          UNITED STATES DISTRICT JUDGE