UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY ADAMS                                :
716 N Barrett Lane                          :
Christiana, DE  19702                       :
   Mailing address:                      :
   PO Box 7652                           :
   Newark, DE  19714                     :
                                            :  DISTRICT COURT
   PLAINTIFF                             :
                                            :
v                                           :  No. 04-251 JJF
                                            :
JO ELLEN SHELDON                            :
708 Pebble Beach Drive                      :
Elkton, MD  21921                           :
                                            :
   DEFENDANT                             :  JURY TRIAL

**NOTICE OF FILING – EXPERT REPORTS**

     Plaintiff, Ashley Adams, pro se, hereby responds with 'expert reports' per order dated October 05, 2007, mailed by the Court on October 09, 2007, and received by the Plaintiff on October 10, 2007.

Herein attached is a copy of the expert report from Swarthmore Neurology Associates -- Dr. Steven Grossinger.

'Expert Reports' were requisitioned in August 2007 from Dr. Matthew Eppley, but have not been received by Plaintiff at this time.

Plaintiff is enclosing copies of letters sent by Defense Counsel, Beth Christman, to Plaintiff's prior attorney, acknowledging her receipt of medical documents from Swarthmore Neurology, Dr. King, and Dr. Eppley.

Plaintiff is enclosing copies of subpoenas for 'expert reports' requests from Swarthmore Neurology and Dr. Eppley.

As further information becomes available, Plaintiff, will supply the Court and Defense counsel those reports.

Please file the 'expert report' under **'SEAL'**.

Thank you,

Ashley Adams

*Ashley Adams*

Dated: October 10, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASHLEY ADAMS<br>716 N Barrett Lane<br>Christiana, DE  19702<br>Mailing address:<br>PO Box 7652<br>Newark, DE  19714<br><br>　　　PLAINTIFF<br><br>vs<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD  21921<br><br>　　　DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>: DISTRICT COURT<br>:<br>:<br>: No. 04-251 JJF<br>:<br>:<br>:<br>:<br>: JURY TRIAL<br>: |

**NOTICE OF SERVICE**

　　I hereby give notice that I caused two (2) true and correct copies of the following document to be served upon the following on the date set forth below, via first class mail, postage prepaid, and/or hand-delivered:

**EXPERT REPORTS – SWARTHMORE NEUROLOGY ASSOCIATES - DR. STEVEN GROSSINGER.**

To:
Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
Attorney for Defendant

By: *[signature]*

Ashley Adams
PO Box 7652
Newark, DE  19714
Plaintiff, *pro se*

Dated: October 10, 2007