UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702 | : <br> : <br> : <br> : | DISTRICT COURT |
| PLAINTIFF, | : <br> : | |
| v. | : <br> : | No. 04-251 JJF |
| JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921 | : <br> : <br> : <br> : | |
| DEFENDANT. | : <br> : | TRIAL BY JURY DEMANDED |

### NOTICE OF MOTION

TO: Ms. Ashley Adams
    P.O. Box 7652
    Newark, DE 19714

PLEASE TAKE NOTICE that the undersigned will present the attached **Defendant's Response to Plaintiff's Motion for Protective Order and Request for Order Compelling Physical Examination Pursuant to Federal Rule of Evidence 35** at a time convenient to the Court.

                                    /S/Beth H. Christman
                                    BETH H. CHRISTMAN, ESQ.
                                    I.D. No. 2107
                                    Casarino, Christman & Shalk, P.A.
                                    800 N. King Street, Suite 200
                                    P.O. Box 1276
                                    Wilmington, DE 19899
                                    (302) 594-4500
                                    Attorney for Defendant

Date:   December 4, 2007