UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY ADAMS<br>716 North Barrett Lane<br>Christiana, DE 19702<br>    PLAINTIFF<br><br>v.<br><br>JO ELLEN CHAPEN SHELDON<br>708 Pebble Beach Drive<br>Elkton, MD 21921<br><br>    DEFENDANT | DISTRICT COURT<br><br>No. 04-251 JJF<br><br>TRIAL BY JURY DEMANDED |

**ORDER**

IT IS HEREBY ORDERED that plaintiff Ashley Adams' Motion for Protective Order as to the Medical Examination of Dr. Katz is **DENIED**. IT IS FURTHER ORDERED this ____ day of _____, 2007 that Defendant Jo Ellen Sheldon's Motion to Compel the Attendance of Plaintiff at a Medical Examination by Dr. Richard Katz is **GRANTED** and that Plaintiff must attend the examination as scheduled by Defendant within the next 30 days.

_____
J.