**CERTIFICATE OF SERVICE**

I, Beth H. Christman, hereby certify that I have served the original by U.S. District Court e-filing on this 4th day of December, 2007, and by certified mail, return receipt requested, two true and correct copies of the attached Defendant's Response to Plaintiff's Motion for Protective Order and Request for Order Compelling Physical Examination Pursuant to Federal Rule of Evidence 35 , addressed to:

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714
   **Certified Mail Return Receipt # 7007 0220 0004 4339 2353**

      /S/Beth H. Christman
      BETH H. CHRISTMAN, ESQ.
      I.D. No. 2107
      Casarino, Christman & Shalk, P.A.
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899
      (302) 594-4500
      Attorney for Defendant