# EXHIBIT A

# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

October 18, 2007

HAND DELIVER

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

**RE:    Ashley Adams**
**(Adams v. Sheldon)**

Dear Ms. Adams:

I have scheduled an independent medical evaluation for you with Richard I. Katz, M.D. on Thursday, November 8, 2007 at 11:00 a.m.   The doctor's address is:

> Richard I. Katz, M.D.
> 5401 Old York Road
> Klein Building, Suite 405
> Philadelphia, PA  19141
> phone:  (215) 324-3300

If you have had any x-rays or any other diagnostic studies performed in the past six months to a year, please take them along to the appointment.  If you are unable to keep this appointment for any reason, please let me know immediately.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:    Richard I. Katz, M.D.
Ms. Kristin McGough
File No. 20-5498-946

# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

** ADMITTED IN PA and NJ ONLY

October 19, 2007

Certified Mail Return Receipt Requested
#7007 0220 0004 4339 2261

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

RE:    **Ashley Adams**
       **(Adams v. Sheldon)**

Dear Ms. Adams:

As you were not available to keep the appointment with Dr. Katz on November 8, 2007, I have made arrangements with his office for another date for your independent medical evaluation.  The new date and time is **Monday, November 12, 2007 at 10:30 a.m.**  The rest of the information remains the same.

Richard I. Katz, M.D.
5401 Old York Road
Klein Building, Suite 405
Philadelphia, PA  19141
phone:  (215) 324-3300

If you have had any x-rays or any other diagnostic studies performed in the past six months to a year, please take them along to the appointment.  If you are unable to keep this appointment for any reason, please let me know immediately.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:    Richard I. Katz, M.D.
       Ms. Kristin McGough, File No. 20-5498-946

# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

October 23, 2007

** ADMITTED IN PA and NJ ONLY

Certified Mail Return Receipt Requested
#7007 0220 0004 4339 2278

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

RE:   **Ashley Adams**
      **(Adams v. Sheldon)**

Dear Ms. Adams:

As you were not available to keep the appointment with Dr. Katz on November 8, 2007 or November 12, 2007, I have once again made arrangements with his office for another date for your independent medical evaluation. The new date and time is <u>**Tuesday, November 13, 2007 at 11:30 a.m.**</u> The rest of the information remains the same.

> Richard I. Katz, M.D.
> 5401 Old York Road
> Klein Building, Suite 405
> Philadelphia, PA  19141
> phone:  (215) 324-3300

If you have had any x-rays or any other diagnostic studies performed in the past six months to a year, please take them along to the appointment. As this is one of the acceptable dates you provided to me, I hope you will be able to attend. However, if you are unable to keep this appointment for any reason, please let me know immediately.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:   Richard I. Katz, M.D.
      Ms. Kristin McGough, File No. 20-5498-946

# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

——

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

October 30, 2007

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

RE:    Ashley Adams
       (Adams v. Sheldon)

Dear Ms. Adams:

As you are aware, we recently scheduled this case for mediation with Magistrate Judge Thynge for Tuesday, November 13, 2007 at 10:00 a.m., at District Court. After we had scheduled that mediation, I noticed in further review of my file, that your IME with Dr. Katz was recently rescheduled for November 13, 2007 at 11:30 a.m. As Dr. Katz is in Philadelphia, you will not be able to go to the mediation at 10:00 a.m. and get to your appointment with Dr. Katz by 11:30 a.m. that same day. I have therefore canceled the IME with Dr. Katz on November 13, 2007.

In the event that the case is not resolved by the parties at the mediation on November 13, I have re-scheduled your IME with Dr. Katz for _**Thursday, November 15, 2007 at 10:30 a.m.**_ As this date was one of your acceptable dates when we last spoke about the re-scheduling of your IME, I hope you are still available to proceed with your IME on November 15. If you are unable to keep this appointment for any reason, please let me know immediately.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:    Richard I. Katz, M.D.
       Ms. Kristin McGough, File No. 20-5498-946

P.S.    The address and phone number of Richard I. Katz, M.D. is 5401 Old York Road, Klein Building, Suite 405, Philadelphia, PA 19141    (215) 324-3300.

# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

———

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

November 19, 2007

certified mail # 7007 0220 0004 4339 2339
& first class mail

Ms. Ashley Adams
P.O. Box 7652
Newark, DE 19714

RE:    Ashley Adams v. Sheldon

Dear Ms. Adams:

This will confirm that you were not able to keep your appointment with Dr. Richard Katz on Thursday, November 15, 2007 due to your not having transportation to get there. I have once again re-scheduled your independent medical evaluation with Dr. Katz. The new date and time is **Monday, November 26, 2007 at 10:30 a.m.** Are you able to know at this time if you will have a problem with transportation on that date? If so, I can make arrangements for a cab to take you to the appointment.

I would appreciate it if you would contact me to discuss this appointment.

Very truly yours,

BETH H. CHRISTMAN

/mbl
cc:    Richard I. Katz, M.D.
       Ms. Kristin McGough, File No. 20-5498-946