# EXHIBIT B





**Start:** 716 N Barrett Ln
Christiana, DE 19702-6901, US

**End:** 5401 Old York Rd
Philadelphia, PA 19141-3030, US

**Notes:**
Only text visible within note field will print.

### Directions | Distance

**Total Est. Time:** 1 hour, 4 minutes    **Total Est. Distance:** 48.06 miles

| | Direction | Distance |
|---|---|---|
| | **1:** Start out going NORTH on N BARRETT LN. | 0.2 miles |
| | **2:** Turn RIGHT to stay on N BARRETT LN. | <0.1 miles |
| | **3:** Turn RIGHT onto BARRETT RUN DR. | 0.2 miles |
| | **4:** Turn RIGHT onto WALTHER RD. | 0.2 miles |
| | **5:** Turn RIGHT onto OLD BALTIMORE PIKE. | 1.5 miles |
| | **6:** Turn LEFT onto CHRISTIANA RD / DE-273 W. | 0.5 miles |
| | **7:** Merge onto I-95 N toward DELAWARE MEMORIAL BRIDGE / WILMINGTON. | 5.5 miles |
| | **8:** Keep RIGHT to take I-495 N via EXIT 5D toward PORT OF WILM / PHILADELPHIA. | 11.5 miles |
| | **9:** Stay STRAIGHT to go onto I-95 N (Crossing into PENNSYLVANIA). | 12.4 miles |
| | **10:** Take EXIT 13 toward I-76 WEST / VALLEY FORGE / PA-291 / ISLAND AVE. | 1.2 miles |
| | **11:** Merge onto PENROSE AVE / PA-291 E toward I-76 W / VALLEY FORGE. | 2.2 miles |
| | **12:** Turn LEFT onto S 26TH ST / PA-291 E. | 1.3 miles |
| | **13:** S 26TH ST / PA-291 E becomes I-76 W. | 6.8 miles |
| | **14:** Keep RIGHT to take US-1 N / ROOSEVELT EXPY via EXIT 340B toward | 2.5 miles |

| | | |
|---|---|---|
| NORTH 1 | ROOSEVELT BLVD. | |
| EXIT | **15:** Take the exit toward PA-611 / BROAD STREET. | <0.1 miles |
| ↑ | **16:** Stay STRAIGHT to go onto ST LUKE ST. | 0.2 miles |
| ← | **17:** Turn LEFT onto PA-611 / N BROAD ST. | 0.9 miles |
| → | **18:** Turn RIGHT onto W FISHER AVE. | <0.1 miles |
| ← | **19:** Turn LEFT onto OLD YORK RD. | 0.1 miles |
| END | **20:** End at **5401 Old York Rd**<br>Philadelphia, PA 19141-3030, US | |

**Total Est. Time: 1 hour, 4 minutes**      **Total Est. Distance: 48.06 miles**



**Start:**
**716 N Barrett Ln**
Christiana, DE 19702-6901, US

**End:**
**5401 Old York Rd**
Philadelphia, PA 19141-3030, US

 

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.