FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 FEB 19 PM 2:01

04CV251

Ashley Adams
PO Box 7652
Newark, DE  19714

February 14, 2008

Beth H Christman
CASARINO, CHRISTMAN, & SHALK, P.A.
800 N King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899

Greetings,

On February 13, 2008, I spoke with Beth Christman regarding if she received a decision on the Motion for the Protection Order - IME, and she stated she checked last week on this case and there was nothing and checked while I was on the telephone with her and stated that she did not have an Order as of yet.

I later contacted the Clerk of the Court, that same day, and was informed that a decision was made on the Motion on December 04, 2007, that allowed 30days for Adams to attend the IME. The Clerk of the Court is sending me a copy of the Order, dated December 04, 2007.

I contacted Beth Christman about this and she verified that she did not receive such order, and would be sending me a copy of the Order when she received. I informed her that the Clerk of the Court was sending me a copy of the Order.

We discussed that when the Order was received by us, that we would discuss the order accordingly.

Regards,

Ashley Adams

Copy to the Clerk of the Court

The United States District Court
    For the District of Delaware
    The Honorable Judge Joseph J Farnan, Jr
    844 N King Street
    Lock Box 44
    Wilmington, DE  19801

Ashley Adams
PO Box 7652
Newark, DE 19714

The United States District Court
for the District of Delaware
844 N King Street
Lockbox 44
Wilmington, DE 19801