OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

TO:

**Ashley Adams**
Ashley Adams, Pro se
P.O. Box 7652
Newark, DE 19714

>   *RE:  Status of Motion*
>   *CA 04-251 JJF*

Dear Ms. Adams:

   This office received a letter from you requesting the status of your Motion for Protective Order.  Your Motion is assigned to the Honorable Joseph J. Farnan, Jr., and is still pending before the Court.  You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet